# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORMA J. FIORENTINO, CRAIG SAUTNER and JULIA SAUTNER, Individually, and as the Parents and Natural Guardians of ▮▮▮ and ▮▮▮, MICHAEL ELY and ANDREA ELY, Individually, and as the Parents and Natural Guardians of ▮▮▮ and ▮▮▮, RAY HUBERT and VICTORIA HUBERT, Individually, and as the Parents and Natural Guardians of ▮▮▮ and ▮▮▮, RONALD CARTER, SR. and JEAN CARTER, WILLIAM T. ELY and SHEILA A. ELY, SAMANTHA SEBJAN, Individually, and as the Parents and Natural Guardians of ▮▮▮, JIMMY LEE SWITZER and VICTORIA SWITZER, NOLEN SCOTT ELY and MONICA LAURA MARTA-ELY, Individually, and as the Parents and Natural Guardians of ▮▮▮, ▮▮▮ and ▮▮▮, NOLEN SCOTT ELY as the Executor of the Estate of KENNETH RAY ELY, RICHARD SEYMOUR and WENDY SEYMOUR, TODD CARTER and JEANNETTE CARTER, PATRICIA FARNELLI, Individually, and as Parent and Natural Guardian of ▮▮▮, ▮▮▮, ▮▮▮ and ▮▮▮, ERIK B.J. ROOS and SUSAN M. ROOS, FRANK NOBLE and KAREN NOBLE, Individually, and as the Parents and Natural Guardians of ▮▮▮, RAYMOND KEMBLE, EMMAGENE E. SAMOY-ELY, KENNETH ELY and DEBORAH ELY, GREGGORY NEWELL, COLLEEN NEWELL, JUSTIN NEWELL and JENNIFER NEWELL, RONALD CARTER, JR. and CHRISTINA CARTER, TAMARA CARTER, Individually and as the Mother and Natural Guardian of ▮▮▮, SHELLEY WEAVER, Individually and as the Mother and Natural Guardian of ▮▮▮, JAMES COSTELLO and JULIE COSTELLO, DOUGLAS R. HEITSMAN and JOANN HEITSMAN, Individually and as the Parents and Natural Guardians of ▮▮▮

Hon. Thomas I. Vanaskie

Civil Action No. 3:09-cv-02284-TIV

**Stipulation for Extension of Time**



███████, and ANNE M. HEITSMAN,

                        Plaintiffs,

    -against-

CABOT OIL & GAS CORPORATION and GAS
SEARCH DRILLING SERVICES CORPORATION,

                        Defendants.

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties hereto, as follows:

1. That the time by which Plaintiffs have to file their opposition papers to Defendants' motions, electronically filed June 1, 2010, is hereby extended, upon consent of all parties, until June 29, 2010.

    **IT IS FURTHER STIPULATED, CONSENTED AND AGREED**, that a facsimile signature to this Stipulation shall be treated as an original.

Dated:     New York, New York
              June 10, 2010

_____      _____
Leslie L. Lewis, Esq. (NY4002036)      Richard W. Hosking, Esq. (PA32982)
l.lewis@fuchsberg.com      richard.hosking@klgates.com
Alan L. Fuchsberg, Esq.      James C. Swetz, Esq. (PA208717)
a.fuchsberg@fuchsberg.com      james.swetz@klgates.com

The Jacob D. Fuchsberg Law Firm, LLP      K&L Gates, LLP
500 Fifth Avenue      K&L Gates Center
New York, New York 10110      210 Sixth Avenue
Telephone: (212) 869-3500      Pittsburgh, Pennsylvania 15222
Fax: (212) 398-1532      Telephone: (412) 355-6500
     Fax: (412) 355-6501

*Attorneys for Plaintiffs*      *Attorneys for Defendants*