**Paul M. Schmidt, Esquire**
                                       **Member PA, NJ & CO Bar**
                                       **pmschmidt@zarwin.com**

January 19, 2011

<u>Via ECF</u>
The Honorable John E. Jones, III
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street, P.O. Box 983
Harrisburg, PA  17108

        **Re:**    *Fiorentino, et al. v. Cabot Oil & Gas Corp., et al.*,
                 **Docket No. 3:09-cv-02284-JEJ**
                 **Our File No.  25329**

Dear Judge Jones:

    I am writing this letter on behalf of Zarwin Baum DeVito Kaplan Schaer Toddy, P.C., the Jacob D. Fuchsberg Law Firm, LLP and Richard J. Lippes and Associates (hereinafter collectively referred to as "the Law Firms").  This letter pertains to the Law Firms' recent Motions for Preliminary Injunction and for Award of Attorneys Fees and Costs, and Your Honor's January 14, 2011 Memorandum & Order.  We have determined that, due to a mathematical error in calculating the fees portion, the correct amount the Law Firms claim for expenses and attorneys fees is actually $789,061.96, not $650,294.18.  Accordingly, the purpose of this letter is to advise the Court and parties of this corrected figure for future purposes, and to request that the Court issue the enclosed order advising the Escrow Agent of same.

    I apologize for any inconvenience this has caused, and appreciate your consideration of this request.

                                        Respectfully submitted,

                                        <u>/s/ Paul M. Schmidt</u>
                                        Paul M. Schmidt

encl.

cc: All Counsel of Record via ECF