IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMA FIORENTINO, *et al.*, | ) |
| | ) |
| Plaintiffs, | )  CASE NO. 3:09-cv-02284-JEJ |
| | ) |
| v. | ) |
| | ) |
| CABOT OIL & GAS | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## SEALED ORDER

In furtherance of, and consistent with the terms of this Court's August 24, 2012 Order establishing the Napoli Bern Ripka Shkolnik & Associates, LLP Dimock Client Settlement Fund (hereinafter the "Fund") and four (4) additional executed Releases having been served upon Defendants;

IT IS On this _____ day of August, 2012, HEREBY ORDERED:

1. Escrow accounts are to be opened in the Fund consistent with the terms of the aforesaid August 24, 2012 Order for the following Plaintiffs covered by the four (4) executed releases:

[redacted]

[redacted]

[redacted]

- 2 -

████████████████████████████

2. This Order is to be filed under seal pursuant to the Court's Order of August 24, 2012.

IT IS SO ORDERED.

JOHN E. JONES III
UNITED STATES DISTRICT JUDGE