IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMA FIORENTINO, *et al.*, | CASE NO. 3:09-cv-02284-JEJ |
| Plaintiffs, | *Complaint date:* November 19, 2009 |
| v. | *Originally assigned to:* District Judge Thomas I. Vanaskie |
| CABOT OIL & GAS CORPORATION, *et al.*, | *Transferred to:* District Judge John E. Jones III |
| Defendants. | |

## RULE 54(b) FINAL JUDGMENT

AND NOW, this 12th day of September, 2012, upon consideration of the JOINT STIPULATION OF DISMISSAL AND MOTION FOR ENTRY OF FINAL JUDGMENT, this Court finds that all claims of the following Plaintiffs should be dismissed with prejudice: Norma Fiorentino; Ron Carter, Sr.; Jean Carter; Michael Ely, Sr.; Andrea Ely; Dylan Ely; Sheila A. Ely; William T. Ely; Raymond Kemble; Erik B.J. Roos; Susan M. Roos; Craig Sautner; Julia Sautner; Cody Sautner; Kelly Sautner; Richard Seymour; Wendy Seymour; Victoria Switzer; Jimmy Lee Switzer; Ronald Carter, Jr.; Christina Carter; Kenneth P. Ely; Deborah Ely; Patricia Farnelli; Cathlene Farnelli; Anne M. Heitsman; Douglas R. Heitsman; JoAnn Heitsman; Colleen Newell; Greggory Newell; Jennifer Newell; Justin Newell; Frank Noble; Karen Noble; Lisa Noble; Tamara Carter; Emmagene E. Samoy-Ely; Samantha Sebjan; Shelley Weaver; and Anthony Fiorentino (collectively "the Adult Settling Plaintiffs"). The Court also finds that there is no just reason for delay of entry of final judgment.

Therefore, it hereby is ORDERED, ADJUDGED, and DECREED that FINAL JUDGMENT is entered as to all Adult Settling Plaintiffs, and all claims of

the Adult Settling Plaintiffs are dismissed with prejudice. Each Party will bear its own costs incurred during the course of the instant action.

IT IS SO ORDERED.

_____
Judge John E. Jones, III