Ingraffea - Rock mechanics
# EXHIBIT 9

NORMA FIORENTINO, et al.,    **)**    3:09-cv-02284
                                **)**
           Plaintiffs,    **)**    Hon. John E. Jones III
       v.                   **)**
                                  **)**    Magistrate Paul C. Carlson
CABOT OIL & GAS           **)**
CORPORATION and GAS SEARCH **)**
DRILLING SERVICES CORP.,    **)**
                                **)**
          Defendants.    **)**

### AFFIDAVIT IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND PARTIAL SUPPLEMENTAL EXPERT REPORT

I, Anthony Ingraffea, certify pursuant to the penalty of perjury under 28 U.S.C. 1746, that:

1. My name is Anthony Ingraffea. I am an engineer and rock mechanics scientist. I am also a full and chaired professor of engineering at Cornell University in Ithaca, New York.

2. I submit this affidavit in support and partial rebuttal of defendants' expert report, in support of remaining pro se plaintiffs' litigation claims and in opposition to defendants' motions for summary judgment.

3. In the 1980's I performed some of the original modeling that demonstrated the effects of hydraulic fracturing on shale rock and the mechanism by which it causes pathways for subsurface fluid and gas migration. I have appended to this affidavit an excerpt from my complete curriculum vita documenting that I am widely published, and recognized in my professional community as an authority in this area. Many of the publications in this excerpt were co-authored with industry scientists and engineers.

4. My complete curriculum vita is attached for efficiency in disclosing my complete educational and professional background, and a record of my original scientific and peer-reviewed publications, and awards.

5. I will, however, venture to state that for many years while in academia, I have been retained by the gas and oil industry as a researcher and consultant, during which time I became extremely well versed in petroleum engineering and gas drilling operations, and how they have evolved, or perhaps devolved, depending on which side of the fence you sit, since the mid-twentieth century.

6. At their request, in February 2012, I provided plaintiffs' Napoli Bern Ripka Scholnick, plaintiffs' former attorneys, with what I understood was to be a draft report in connection with providing an expert opinion in this case.

7. While I never heard from anyone at the law firm again concerning the fate of that draft report, I did come to later learn from Nolen Scott Ely that, surprisingly, the draft report was exchanged with the defendants' law firm. This was not my intention, but nonetheless I stand behind the import of its substance, if not its' less than legally perfect form.

8. What I also learned from Mr. Ely is that this Court has ordered that supplemental expert reports were to have been filed by June 3th.

9. My understanding is that Mr. Ely received defendants' expert reports sometime during the week of April 29th. I received them from Mr. Ely within the following week. I alerted Mr. Ely that as wholeheartedly I wished to meet that deadline, it would not be possible, this due to my full teaching schedule, various other

outstanding obligations to the university, supervision of students, speaking engagements and travel plans.  And the earliest I could provide a complete supplemental report, particularly since this project had been nascent for over one year, and that I would have to revisit an entire bankers' box full of data, added to that another box of defendants' papers, was not until the end of July.

10. I know that pro se plaintiffs were to have made a request of the Court for me in that regard.

11. Nonetheless, prior to my work for the Napoli law firm, I had never agreed to provide an expert opinion or testimony in any court case involving natural gas migration.  What made this case different was the blatancy of the gas company's errors and their connection to the water contamination the folks in Dimock, most pertinently now, the Elys and Huberts, have suffered.

12. I am fully familiar with the pleadings in this case, I have reviewed pertinent data and discovery as well as defendants' expert reports and statements with regard to defendants' denial that their activities have caused migration of natural gas and other materials into the domestic well water supplies of the Ely and Hubert households.  I could not disagree more vigorously.  The evidence of negligence and causation on the part of the gas company and its drilling operators is, frankly, overwhelming and irrefutable.

13. I have also reviewed the affidavits of the pro se plaintiffs as well as those of Paul Rubin, hydrogeologist, with whose work in the area I am very familiar, and Robert Congdon, Jr., real estate appraiser and minerals valuation expert.

14. I intend to testify at the time of trial of this matter that, to a reasonable degree of engineering certainty, it is more likely than not that:  i) drilling operations of the sort engaged in by defendants Cabot Oil & Gas Corporation and Gas Search Drilling Services, Corp., by nature, disrupt rock, gas, and fluids below the earth and create subsurface pathways by which rock debris, natural gas other subsurface fluids will migrate, by virtue of the "hydraulic effect," from the fluid bearing formations to ground water and drinking supplies in the absence of competent casing and cementing of the well by competent well construction and drilling personnel; ii) in the absence of such competence, gas wells have an increased tendency to "fail; iii) multiple Cabot gas wells within the infamous "9-square mile (Carter Road) affected zone" of  Dimock did fail, not just according to this expert, but more importantly according to the repeated and documented findings of the Pennsylvania Department of Environmental Protection,  due to negligent and faulty construction by Cabot and its operators; iv) among those failed wells were Gesford 3, Gesford 3S, Gesford 9 and others located in the vicinity of the Ely and Hubert households; v) as a result,  methane gas together with other unwelcome constituents and fluids were allowed to migrate, as they naturally will, into the aquifer that supplies the well water to the Nolen Scott Ely and Ray Hubert households.

15. History of Current Hydraulic Fracturing.[1]

---

[1] (Montgomery and Smith, Hydraulic Fracturing: History of An Enduring Technology, JPT, December 2010; Be Hydraulic Fracturing: The Fuss, The Facts, The Future, JPT, December, 2010)

(i)     Historically, natural gas was produced by means of constructing and installing a vertical well into the ground in a natural gas rich "play," thus creating a straw-like pathway for the gas flowing, from the reservoir, under its own natural pressure to be recovered at the surface.

(ii)    In the mid twentieth century, engineers first experimented with the technique of stimulating trapped gas out of low permeability rock through a process of injecting a liquid under high pressure into a well. At that time, operators employed vertical well technology and delivered approximately a few thousand gallons of liquid per well under a few thousands of pounds per square inch of pressure. The practice became common in non-shale rock plays, but did not "catch on" in shale plays because it had an unfavorable cost-benefit ratio:  too much expense for too little return on investment.

(iii)   Although the grant of a patent was issued in 1891, the first horizontal wells were not drilled until 1929 at Texon, Texas. Yet, again, this process did not take hold until the late 1970's and early 1980's when oil prices dropped and the demand for more efficient development costs grew.

(iv)    It has only been within the last decade that hydraulic fracturing in shale plays became a feasible financial endeavor, and this by virtue of the confluence of particularly favorable political and commercial factors.

(v)     First, the vertical drilling and fracturing was enhanced by a novel methodology developed in about 1997 known as high-volume slick water

hydraulic fracturing combined with horizontal well drilling.[2]  The so-called "slick water" combines anywhere between 2 and 9 million of gallons of water per well with additives to prevent corrosion, inhibit bacterial growth, among other things, and to coax the gas out of the shale. Next, clusters of well pads, each with multiple, closely spaced wells are used to blanket the shale play.

(vi) These additives, many of which are known carcinogens, may include in unknown quantities and combinations: crystalline silica, methanol, ethylene glycol, sodium hydroxide, butoxyethanol, naphthalene, isopropanol, diesel, hydro-treated light distillate, formaldehyde, sulfuric acid, benzene, lead, boric acid, fuel #2, kerosene, hydrofluoric acid, hydrochloric acid, formic acid, surfactants and a long list of various other chemicals. Yet, through exemptions granted and confirmed by the United States Congress to the oil and gas industry resulting from statutory amendments passed in 2005 to federal environmental laws governing safe drinking water and clean air,[3] the otherwise traceable effects of this chemically-laden fluid were deemed to be proprietary and therefore protected from public disclosure.

---

[2] Hydraulic Fracturing Technological Milsestones, NYS SGEIS, revised draft, page 5-5, 2011.
[3] Energy Policy Act of 2005, Sec. 322. Hydraulic Fracturing, Paragraph (1) of section 1421(d) of the Safe Drinking Water Act (42 U.S.C. 300h [d]) is amended to read as follows: (1) Underground injection.—The term 'underground injection'— (A) means the subsurface emplacement of fluids by well injection; and (B) excludes—(i) the underground injection of natural gas for purposes of storage; and (ii) the underground injection of fluids or propping agents (other than diesel fuels) pursuant to hydraulic fracturing operations related to oil, gas, or geothermal production activities.)

(vi)    These combined technologies are designed to extract methane gas locked inside mile or more deep, hundreds of millions of year old shale formations. Shale gas is separate and distinct from the conventional gas pools or reservoirs which flow freely underground and can be captured through conventional well extraction methods.

(vii)   These combined technologies which have been in use for less than a decade, bring with them uniquely hazardous risks which are distinguishable from those characteristically associated with low-volume, conventional hydraulic fracturing. To state it, clearly and emphatically, based upon my personal, professional and academic knowledge in the field of petro engineering, high volume, slick water vertical and horizontal hydraulic fracturing from clustered, multi-well pads in shale plays is novel, unconventional and extremely dangerous.

(viii)  Spokespersons for the oil and gas industry refer, rather slyly, to the older, low-volume gas drilling from single, isolated wells when asserting that hydraulic fracturing has been in practice and performed safely for decades.

(ix)    Hydraulic fracturing is intended to, and does, release methane gas from shale; however, as the fracturing fluid flows back through the well, it also contains dissolved constituents such as minerals, brine and concentrated levels of heavy metals such as strontium, uranium, radium, barium and thorium.

(x)     In addition, the hydraulic fracturing process results in the production of solid waste such as drill cuttings and drilling mud, which can contain high levels of naturally occurring radioactive material which are brought to the surface as a result of high volume hydraulic fracturing process. All of these elements add to the extraordinarily dangerous character of this multi-step process.

(xi)    The introduction of this extraordinarily dangerous heavy industrial surface and sub-surface activity situated on expanses of land, for mile after mile, in multiple directions immediately adjacent to backyards and side yards of surface properties where families live and raise their children is novel, and unique.

(xii)   High volume slick water hydraulic fracturing from clustered, multi-well pads involves a multi-step process with numerous risks, indeed, far more risk than the laying of pipelines and storing gas, because it involves additional processes which are extraordinarily hazardous and extremely dangerous, as explained below.


        Abnormally Dangerous/Ultra Hazardous Aspects of Hydraulic Fracturing.

One can easily identify multiple activities in the lifecycle of the creation of a shale gas well that are extremely hazardous to life and property. In addition to the four examples given below, there are other steps of the gas extraction process after the gas well is created and once the gas is removed which also introduce extremely

hazardous conditions to life and property. These steps relate to the separation and processing of the gas and compression of the gas which are not the subject of this statement but which can be addressed separately to the court or at trial.

(i)     First is the use of perforating explosives in the form of shaped charges. Shaped explosive charges were originally perfected for wide scale military use in the 1940's for purposes of penetrating tank armor and the like.  The fabled "Bazooka" employed shaped-charge technology.  In present military parlance, shaped charges are referred to as explosive anti-tank warheads, or HEAT. HEAT warheads are used in anti-tank guided missiles, unguided rockets, gun-fired projectiles, rifle grenades, land mines, torpedoes, and various other weapons. The charge ignites a propellant explosive which melts a metallic cone shaped liner, which in turn creates a high-temperature, high-velocity projectile of molten metal.

Shaped charge technology is used by the gas industry in well completion phases of gas operations, in preparation for shale gas extraction.  In preparation for hydraulic fracturing and gas extraction, in a typical shale gas well, hundreds if not thousands of shaped explosive charges are run down the well and intentionally detonated in order to perforate the well's metal casing and cement first to admit the outward flow of hydraulic fracturing liquid, and later the influx of oil or gas, or both, after hydraulic fracturing.

Once triggered, these molten liquid projectiles move at a velocity of thousands of feet per second and generate temperatures in the thousands of degrees. These dangerous and volatile explosive devices must be handled with a high degree

of care, as with any dangerous explosive, while in transit to the well pad, while on the well pad and through completion of detonation. Specialized personnel, equipment protocols and safety procedures must be employed at all times in the handling and use of shaped charges during drilling operations. However, even under optimal conditions and in the absence of negligence, there have been instances of premature detonation of shaped charges both outside the well and inside the well. Incidents of accidental downhole detonation of shaped charges have occurred as recently as 2012.[4]

(ii)   A second extremely hazardous activity  during the well development process involves an uncontained blowout of the well  A well blowout is loss of control by the operator of pressure in a well, leading to the forceful expulsion of introduced and native liquids and gases at very high flow rates and pressures. Blowout preventers (BOPs) are required by regulation to be installed during drilling and hydraulic fracturing.  BOPs are supposed to be able to squeeze shut by mechanical means the casing string in which pressure control has been lost. As their name describes, blowout preventers are used to diminish the possibility of an uncontained blowout. However, BOP's do not always work, as in the Macondo accident in the Gulf of Mexico, and in at least two cases in the past few years in the Pennsylvania and West Virginia Marcellus operations. [5]

---

[4] http://ercb.ca/reports/IR_20121220_Caltex.pdf
[5] http://www.portal.state.pa.us/portal/server.pt/community/newsroom/14287?id=12818&typeid=1; http://www.worldoil.com/Marcellus_well_suffers_a_blowout.html

(iii)   This has the potential of being a particularly devastating and destructive type of accident with far reaching risks to life, limb and property.

Documented blowouts in Pennsylvania, West Virginia, Texas and other locations, involved explosion, fire, and ejection of machinery and dangerous liquids exceeding the dimensions of the well pad, i.e. hundreds of feet.[6] The reach of fire or explosion could extend thousands of feet or more. Extinguishing blowout-induced fire is extremely difficult because of the high pressure, flow rate, and temperature of the burning gas. Highly specialized contractors with unique equipment, tactics, and personnel—far beyond the capability of local first responders—are rushed to a site of an uncontrolled blowout. Blowout frequency varies with stage of drilling and particular operation, but can be as small as 1 in a thousand wells. Even under optimal conditions and in the absence of negligence, failures of the well blowout preventer have occurred during hydraulic fracturing operations in the state of Pennsylvania.

(iv)   The third extremely hazardous activity associated with the lifecycle of developing a gas well has to do with the fracking process itself, during which very high pressure, at times more than 15,000 pounds per square inch, must exist for a prolonged period of time in the multitude of various flow-lines, pipelines, hoses, fittings and valves to inject fracking fluid from high-powered pumps into the well itself. This is extremely dangerous because if there is a failure of any one of these flow-lines, pipelines, hoses, fittings or valves, very high-pressure fluid would be

---

[6] http://www.drillingahead.com/page/2-killed-3-injured-in-texas-well-blowout

ejected and could be proven to be very dangerous-potentially life threatening-to humans on the well pad. Hence, only a minimal number of highly trained personnel can be on the well pad during fracking operations during which time constant measurements, inspections, and monitoring of all the frack equipment and safety equipment is required to be done. In addition, appropriate protocol includes daily safety meetings of all personnel working on the drill pad. The fracking process can also result in uncontained flow of frack fluid and hydrocarbons off the well pad resulting in potential injury/damage to person/property from the abnormally dangerous uncontrolled flow at high pressure. Even under optimal conditions and in the absence of negligence, accidents of the nature described have occurred during hydraulic fracturing operations in the Commonwealth of Pennsylvania.[7]

(v)     A fourth extremely hazardous activity associated with the lifecycle of developing a gas well has to do with handling of gaseous emissions from the well during the fracking phase.  During the flowback phase of fracking, a very large volume of methane gas in addition to potentially other volatile organic compounds are emitted from the well at high pressure (hundreds of pounds per square inch) These high speed emissions have to be captured and directed, sometimes into a flare stack for burning, sometimes directly into the atmosphere, and sometimes into flowback tanks which have to be vented.

---

[7] http://www.post-gazette.com/stories/local/marcellusshale/bradford-county-shale-well-spews-fluids-2944

In each of these three alternatives, large volumes of gas under high pressure must be contained and directed. Any loss of control of flow might result in accidental ignition or explosion.  Even under optimal conditions and in the absence of negligence, accidents of the nature described have occurred during hydraulic fracturing operations in the Commonwealth of Pennsylvania.[8]

16. The plaintiffs' residences and their drinking water sources are located within 1000 feet of  Cabot's Gesford 3, Gesford 3S and Gesford 9, determined by Pennsylvania Department of  Environmental Protection (PADEP) to have failed cement jobs, for which I might add, Cabot's well number designations, and well and drilling logs are extremely unclear. In addition, the Elys' water well is located within 2,500 feet of the following Cabot gas wells: Ely 2, Ely 1H, Ely 5H, Ely 7H, Costello 1, and possibly Gesford 7H; and the Huberts' water well is located within  2,500 feet of the  following Cabot gas wells: Costello 1, Costello 2, Ely 2, Ely 1H, Ely 5H, Ely 7H, Gesford 2, Gesford 4, Gesford 7H and Gesford 8H, each of which is located within the "affected area" as designated  by PA DEP.

17. Impacts from each of the foregoing four examples of abnormally dangerous and ultra-hazardous activity, could travel up to and beyond  2,500 feet from the above mentioned wells to physically harm the plaintiffs or materially adversely affect the plaintiffs' residences or their water supply, or both, even in the absence of the negligence which occurred in the construction of the wells in the nine square mile affected zone.

---

[8] http://www.marcellus-shale.us/Marcellus-Shale_Fires.htm

18. The potential effect of the protection afforded to the oil and gas industry with respect to the undisclosed chemicals combined with the abnormally dangerous and ultra-hazardous processes described above could potentially result in the inability of those adversely impacted, potentially these plaintiffs, to make a definitive causal connection between an event and the harm caused.

19. In light of the multiple opportunities for human error or infrastructure failure resulting during any phase of the drilling and fracturing lifecycle, each of which can be considered dangerous even with the exercise of due care, it follows that the oil and gas industry should automatically take full financial responsibility for the damage caused during these operations over which it has exclusive control. Regular citizens living at the doorstep of oil and gas industry practices over which they have no control should be spared the added step of litigating to determine responsibility.

20. My opinions have been and are informed and rendered based upon my educational background, over three decades of professional involvement in the study and teaching of rock physics and hydraulic fracturing, reference and review of research and peer-reviewed publications of distinguished members of my profession, and analysis of pertinent documentary evidence in this case, including that provided by the Pennsylvania Department of Environmental Protection, e.g., four consent orders and agreements issued by the agency in 2009 and 2010, and the defendants themselves.

Date: June 17, 2013                    Respectfully Submitted,

Anthony R. Ingraffea, PhD, P.E.

# CURRICULUM VITAE

# Anthony R. Ingraffea

Dwight C. Baum Professor of Engineering
Weiss Presidential Teaching Fellow
School of Civil and Environmental Engineering
Cornell University
Ithaca, N.Y.  14853  USA

## GENERAL
Born:  April 4, 1947, Easton, Pennsylvania, USA
Residence:  309 Cayuga Heights Road, Ithaca, N.Y. 14850
Telephone:  Home 607-257-1104     Office 607-255-3336     Cell 607-351-0043
Fax: 607-255-9004     E-Mail: ari1@cornell.edu     HTTP://www.cfg.cornell.edu

## EDUCATION
University of Notre Dame
    B.S., Aerospace Engineering, *Magna Cum Laude*, June 1969.
Polytechnic Institute of New York
    M.S., Civil Engineering, Grumman Masters Fellow, June 1971.
University of Colorado/Boulder
    Ph.D., Civil Engineering, May 1977, University Fellow, 1974-1976.

## AREAS OF EXPERTISE
Structural Engineering, Structural Mechanics, Computational and Experimental Fracture Mechanics,
Microstructural Simulation of Fatigue and Fracture Mechanisms, Rock Mechanics, Numerical Methods,
Engineering Education

## PROFESSIONAL EXPERIENCE
June 1969 - June 1971
    **Grumman Aerospace Corporation. Bethpage, L.I., N.Y.**
    **Rotating traineeship** in the following areas: preliminary design on Navy F - 14; loads and dynamic studies,
    stress analysis, and final design on NASA Space Shuttle proposal.  Two in - house technical publications.

July 1971 - June 1973
    **Peace Corps. Bejuma, Venezuela**
    **County Engineer.** Responsible for all technical services to a county of 40,000 people.  Directed surveying,
    design, and construction of farmers' market, tourist hotel, and cemetery.  Directed urban planning resource
    study. Co - directed urban renewal plan and data collection for section of state capital city.

September 1973 - August 1977
    **University of Colorado/Boulder**
    Department of Civil, Environmental and Architectural Engineering
    **Instructor** for Courses:
        Analytical Mechanics, Theoretical Fluid Mechanics
    **Teaching Assistant** for Courses:
        Mechanics of Materials
        Materials Testing Laboratory
    **Research Assistant** in Project: Constitutive Relations for Coal

September 1977 - June 1982
    Cornell University, Department of Structural Engineering
    **Assistant Professor**

September 1979 - July 1983
    Cornell University, Department of Structural Engineering
    **Manager of Experimental Research**

July 1982 - June 1987
    Cornell University, Department of Structural Engineering
    **Associate Professor**

August 1983 - August 1984
    Lawrence Livermore National Laboratory Livermore, California
    **Visiting Research Engineer: Rock Fracture Simulation**

January 1986 - September, 1986
    Cornell University, Computer Aided Design Instructional Facility,
    College of Engineering
    **Director**

September 1986 - October, 1990
    Cornell University, College of Engineering
    **Faculty Coordinator for Instructional Computing**

July 1987 - Present
    Cornell University, School of Civil and Environmental Engineering
    **Professor**

September 1987 - April 1992
    Cornell University, Program of Computer Graphics
    **Associate Director**

September 1988 - Present
    Fracture Analysis Consultants, Inc.
    **President**

October 1990 - October 1994
    Cornell University
    **Director, NSF-Synthesis National Engineering Education Coalition**

July 1993 - Present
    Cornell University
    **Dwight C. Baum Professor of Engineering**

October 1994 - October 1995
    Cornell University
    **Associate Director, NSF-Synthesis National Engineering Education Coalition**

December 1997 –August 2005
    Cornell Center for Theory and Simulation in Science and Engineering
    **Associate Director**
    **Coordinator,** Computational Materials Institute

July 1998 – December 1999
    Cornell University
    **Coordinator,** Infrastructure Group, School of Civil and Environmental Engineering

November 2002-Present
    Cornell University
    **Member, Graduate Fields of Mechanical and Aerospace Engineering**

May 2004-Present
Wright Patterson Air Force Base/AFRL/Air Vehicle Directorate/Structures Division
Structural Sciences Center of Excellence
**Visiting Scientist**

August 2005 – July 2007
Cornell University
**Acting Director,** Cornell Center for Theory and Simulation in Science and Engineering

November 2005 – Present
Cornell University
**Weiss Presidential Fellow**

July 2006 – December 2007
Cornell University
**Coordinator,** Infrastructure Group, School of Civil and Environmental Engineering

August 2005 – Present
Cornell University
**Co-Editor in Chief,** *Engineering Fracture Mechanics*

August 2010 – Present
Physicians, Scientists, and Engineers for Sustainable and Healthy Energy, Inc.
**President**


## AWARDS AND HONORS

- **3 - M Corporation Scholarship,** 1965 - 1969
- **Grumman Masters Fellowship,** 1969 - 1971
- University of Colorado **Graduate Fellowships,** 1974 - 1976
- Cornell School of Civil Engineering **"Professor of the Year,"** 1977 - 78
- National Research Council/U.S. National Committee for Rock Mechanics 1978 **Award for Outstanding Research in Rock Mechanics at the Doctoral Level**
- Cornell College of Engineering **"Professor of the Year,"** 1978 - 79
- Cornell School of Civil Engineering **"Professor of the Year,"** 1981 - 82
- **Presidential Young Investigator Award,** National Science Foundation, 1984 - 1989
- **Dean's Prize for Innovation in Teaching,** Cornell College of Engineering, 1989.
- **Dean's Prize for Innovation in Teaching,** Cornell College of Engineering, 1991.
- National Research Council/U. S. National Committee for Rock Mechanics 1991 **Award for Applied Research** for the paper, "Simulation of Hydraulic Fracture Propagation in Poroelastic Rock with Application to Stress Measurement Techniques", co-authored by Dr. T. J. Boone, *Int. J. Rock Mech. Min. Sci. & Geomech. Abstr.,* 28, 1, 1-14, 1991.
- International Association for Computer Methods and Advances in Geomechanics **1994 Significant Paper Award**: One of Five Significant Papers in the category of Computational/Analytical Applications in the past 20 years, "A Numerical Procedure for Simulation of Hydraulically-driven Fracture Propagation in Poroelastic Media", co-authored with T. J. Boone, *Int. J. Num. Analyt. Meth. in Geomech.,* 14, 1, 1990.
- The **NASA Group Achievement Award** for contributions, with former students Drs. Paul Wawrzynek and David Potyondy, to the Fuselage Structural Integrity Analysis Team, NASA Langley Research Center, 1996.
- The First **Society of Women Engineer's Professor of the Year Award,** Cornell College of Engineering, 1997.
- **J. P. and Mary Barger '50 Excellence in Teaching Award,** Cornell College of Engineering, 1997.
- The **MTS Visiting Professor Chair,** Department of Civil Engineering, University of Minnesota, May, 1998.
- **Aviation Safety Turning Goals into Reality Award,** NASA Airframe Structural Integrity Program Team, NASA Langley Research Center, with Dr. Paul Wawrzynek, 1999.
- **1999 Premier Award for Educational Software** for "Cracking Dams-HTTP://www.simscience.org", with Megann Polaha
- **Daniel Luzar '29 Excellence in Teaching Award,** Cornell College of Engineering, 2001.

- **Honor Award, University of Notre Dame,** College of Engineering, for "Significant Contributions to the Advancement of Engineering", 2002.
- **Weiss Presidential Teaching Fellow,** Cornell University, 2005.
- **George R. Irwin Medal,** American Society for Testing and Materials, 2006.
- **Richard J. Almeida Award, Project High Jump,** given each year to an individual whose dedication and contribution to High Jump have been extraordinary, 2008.
- **Fellow, International Congress on Fracture,** 2009, "For his pioneering contributions to the advanced computational simulation of fatigue and fracture processes leading to improved understanding for practical applications to integrity assessment of engineering structures".
- One of **TIME** Magazine's **"People That Mattered"** in 2011.

## HONORARY/PROFESSIONAL SOCIETY MEMBERSHIP

Tau Beta Pi (1967 -
Chi Epsilon (1974 -
Sigma Xi (1977 -
American Academy of Mechanics (1988 -
American Society of Civil Engineers **(Fellow, 1991)**
   Chairman, Committee on Properties of Materials (1983 - 1985)
   Member, Committee on Finite Element Analysis of Reinforced Concrete
   Member, Committee on Computer Applications and Numerical Methods
International Society for Boundary Elements
International Society for Rock Mechanics
Society for Experimental Mechanics
American Society for Testing and Materials
   Committee E - 8 on Fracture and Fatigue
   Committee D - 18 on Soil and Rock for Engineering Purposes
   Committee C - 9 on Concrete
American Concrete Institute
   Committee 446 on Fracture Mechanics
RILEM
   Committee 90 - FMA on Fracture Mechanics Applications
   Member, Committee 89 - FMT on Fracture Mechanics Testing
American Rock Mechanics Association/Foundation
   Founding Member
   Member of the Board, 1999-2003

## PROFESSIONAL REGISTRATION

Colorado    PE No. 14837
New York   PE No. 081309-0
Alaska     Professional Fishing Guide

## UNITED STATES PATENT

Number 481,826, Hand - held, direct reading, fully mechanical fracture loading device for short-rod/bar specimens

## PROFESSIONAL JOURNAL EDITORSHIPS AND ADVISORY BOARDS

Co-Editor-in-Chief:
*Engineering Fracture Mechanics,* August, 2005-present

Editorial Advisory Board:
*International Journal for Numerical and Analytical Methods in Geomechanics*
*Boundary Element Communications*
*Engineering with Computers*
*Engineering Computations*
*International Journal for Multiscale Computational Engineering*

# PUBLICATIONS

## TEXTS EDITED

1. **Fracture Mechanics of Concrete: Material Characterization and Testing**, co - edited with A. Carpinteri, Martinus Nijhoff Publishers, 1984.

## PUBLISHED IN TEXTS

1. Ingraffea, A R (co - author). Modelling of Reinforcement and Representation of Bond. Chapter 3 in **Finite Element Analysis of Reinforced Concrete**, State - of - the - Art report prepared by the Task Committee on Finite Element Analysis of Reinforced Concrete Structures, Structural Division, ASCE, 1982, pp. 149 - 203.

2. Ingraffea A R (co - author). Concrete Cracking. Chapter 4 in **Finite Element Analysis of Reinforced Concrete**. State-of-the-Art report prepared by the Task Committee on Finite Element Analysis of Reinforced Concrete Structures, Structural Division, ASCE, 1982, pp. 204 - 233.

3. Ingraffea A R. Numerical Modelling of Fracture Propagation. Chapter 4 in **Rock Fracture Mechanics**, H. P. Rossmanith, editor, CISM Courses and lectures No. 275, International Center for Mechanical Sciences, Udine, Italy, Springer - Verlag, Wien - New York, 1983, pp. 151 - 208.

4. Ingraffea A R, Saouma V. Numerical Modeling of Discrete Crack Propagation in Reinforced and Plain Concrete. Chapter 4 in **Application of Fracture Mechanics to Concrete Structures: Structural Application and Numerical Calculation,** G. C. Sih and A. DiTommaso, editors, Martinus Nijhoff Publishers, 1984.

5. Ingraffea A R, Gerstle W. Non - Linear Fracture Models for Discrete Crack Propagation. **Application of Fracture Mechanics to Cementitious Composites,** S. P. Shah, editor, Martinus Nijhoff Publishers, 1985, pp. 171 - 209.

6. Ingraffea A R. Fracture Propagation in Rock. Chapter 12 in **Mechanics of Geomaterials,** Z. P. Bazant, editor, John Wiley & Sons, Limited, 1985.

7. Ingraffea A R. Theory of Crack Initiation and Propagation in Rock. Chapter 3 in **Rock Fracture Mechanics**, B. Atkinson, editor, Academic Press, Inc., 1987.

8. Ingraffea A R, Gerstle W H, Perucchio R. Fracture Analysis with Interactive Computer Graphics. **Boundary Element Methods in Structural Analysis**, D. E. Beskos, Editor, ASCE, 1989, pp. 235 - 271.

9. Ingraffea A R, Sections 9.3, 12.3, 13.4, and 15.2, of **Fracture Mechanics of Concrete Structures: From Theory to Applications**, L. Elfgren, Editor, Chapman and Hall, London, 1989.

10. Ingraffea A R, Boone T J, Swenson D V. Computer Simulation of Fracture Processes. Chapter 22 in **Comprehensive Rock Engineering**, J. Hudson, Editor-in-Chief, Pergamon Press, Oxford, 1993.

11. Carter B J, Desroches J, Ingraffea A R, Wawrzynek P A. Simulating Fully 3D Hydraulic Fracturing. In **Modeling in Geomechanics**, Ed. Zaman, Booker, and Gioda, Wiley Publishers, pp 525-557, 2000.

12. Ingraffea A R, Wawrzynek P A. Crack Propagation. In the **Encyclopedia of Materials: Science and Technology**, Elsevier Science, 2001.

13. Ingraffea A R, Wawrzynek P A. Finite Element Methods for Linear Elastic Fracture Mechanics. Chapter 3.1 in **Comprehensive Structural Integrity**, R. de Borst and H. Mang (eds), Elsevier Science Ltd., Oxford, England, 2003.

14. Ingraffea A R. Computational Fracture Mechanics. Volume 2, Chapter 11, **Encyclopedia of Computational Mechanics**, E. Stein, R. de Borst, T. Hughes (eds.) John Wiley and Sons, 2004, 2nd Edition 2008.

15. Emery J, Ingraffea A R.  DDSim: Framework for Multiscale Structural Prognosis,  Chapter 13 in **Computational Methods for Microstructure-Property Relationships,** S Ghosh and D Dimiduk (eds), Springer Science, 2011.

## PUBLISHED IN JOURNALS

1. Ingraffea AR. Nodal Grafting for Crack Propagation Studies. *Int. J. Num. Meth. Eng.,* **11**, 7, 1977, 1185 - 1187.

2. Lynn PP, Ingraffea AR. Transition Element to be Used With Quarter - Point Crack Tip Elements. *Int. J. Num. Meth. Eng.,* **12**, 6, 1978, 1031 - 1036.

3. Ingraffea AR, Heuze FE. Finite Element Models for Rock Fracture Mechanics. *Int. J. Num. Analyt. Meth. Geomech.,* **4**, 1980, 25 - 43.

4. Ingraffea AR, Manu C. Stress - Intensity Factor Computation in Three Dimensions With Quarter - Point Elements. *Int. J. Num. Meth. Eng.,* **15**, 10, 1980, 1427 - 1445.

5. Blandford G, Ingraffea AR, Liggett JA. Two-Dimensional Stress Intensity Factor Calculations Using the Boundary Element Method. *Int. J. Num. Meth. Eng.,* 17, 1981, 387 - 404.

6. Beech J, Ingraffea, AR. Three - Dimensional Finite Element Stress Intensity Factor Calibration of the Short Rod Specimen. *Int. J. Fracture*, **18**, 3, 1982, 217 - 229.

7. Perucchio R, Ingraffea AR, Abel JF. Interactive Computer Graphic Preprocessing for Three - Dimensional Finite Element Analysis. *Int. J. Num. Meth. Eng.,* **18**, 6, 1982, 909 - 926.

8. Saouma V, Ingraffea AR, Catalano D. Fracture Toughness of Concrete: $K_{1c}$ Revisited. *J. Eng. Mech. Div.,* ASCE, **108**, No. EM6, 1982, 1152 - 1166.

9. Perucchio R, Ingraffea AR. Interactive Computer Graphics Preprocessing for Three - Dimensional Boundary Integral Element Analysis. *J. Computers Structures*, **16**, 1 - 4, 1983, 153 - 166.

10. Ingraffea AR, Blandford G, Liggett JA. Automatic Modelling of Mixed - Mode Fatigue and Quasi - Static Crack Propagation Using the Boundary Element Method. *ASTM STP 791: Proc. of the 14th National Symposium on Fracture Mechanics,* June, 1983, I - 407 - I - 426.

11. Ingraffea AR, Gunsallus KL, Beech JF, Nelson PP. A Short - Rod Based System for Fracture Toughness Testing of Rock. *ASTM STP 855: Chevron - Notched Specimens: Testing and Stress Analysis*, 1984, 152 - 166.

12. Ingraffea AR, Perucchio R, Han T - Y, Gerstle WH, Huang YP. Three - Dimensional Finite and Boundary Element Calibration of the Short - Rod Specimen. *ASTM STP 855: Chevron-Notched Specimens: Testing and Stress Analysis*, 1984, 49 - 68.

13. Manu C, Ingraffea AR. Numerical Evaluation of the Growth Rate Material Parameters in Fatigue Propagation of Surface Flaws. *Nucl. Eng. Design*, 77, 2, March, 1984, 131 - 138.

14. Ingraffea AR, Gerstle W, Gergely P, Saouma V. Fracture Mechanics of Bond in Reinforced Concrete. *J. Structural Division,* ASCE, **110**, 4, 1984, 871 - 890.

15. Perucchio R, Ingraffea AR. An Integrated Boundary Element Analysis System with Interactive Computer Graphics for Three Dimensional Linear - Elastic Fracture Mechanics. *J. Comp. Structures*, **20**, 1985, 157 - 171.

16. Nelson PP, Ingraffea AR, O'Rourke TD. TBM Performance Prediction with Rock Fracture Parameters. *Int. J. Rock Mech. Mining Sciences*, **22**, 3, June, 1985, 189 - 192.

17. Elices M, Llorca J, Ingraffea AR. Fractura del Hormigon en Regimen Elastico y Lineal. Un Ejemplo: La Presa de Fontana (in Spanish), *Informes de la Construccion.* **37**, 372, July, 1985, 19 - 33.

18. Ingraffea AR, Gerstle WH, Mettam K, Wawrzynek P, Hellier AK. Cracking of Welded Crane Runway Girders: Physical Testing and Computer Simulation. *Iron and Steel Engineer,* **62**, 12, 1985, 46 - 52.

19. Boone TJ, Wawrzynek P, Ingraffea AR. Simulation of the Fracture Process in Rock with Application to Hydro-fracturing. *Int. J. Rock Mech. Mining Sciences,* **23**, 3, 1986, 255 - 265.

20. Abel JF, Ingraffea AR, McGuire W, Greenberg DP. Interactive Color Graphical Postprocessing as a Unifying Influence in Numerical Analysis Research. *Finite Elements in Analysis and Design,* **2**, 1986, 1 - 17.

21. Boone TJ, Wawrzynek P, Ingraffea, AR. Finite Element Modeling of Fracture Propagation in Orthotropic Materials. *Eng. Fract. Mech.,* **26**, 2, 1987, 185 - 201.

22. Gerstle WH, Martha L, Ingraffea AR. Finite and Boundary Element Modeling of Crack Propagation in Two - and Three – Dimensions. *Eng. with Computers.* **2**, 1987, 167 - 183.

23. Hellier AK, Sansalone M, Ingraffea AR, Carino NJ, Stone, C. Finite Element Analysis of the Pullout Test Using a Nonlinear Discrete Cracking Approach. *Cement, Concrete and Aggregates,* **9**, 1, Summer 1987, 20 - 29.

24. Wawrzynek P, Ingraffea AR. Interactive Finite Element Analysis of Fracture Processes: An Integrated Approach. *Theor. Appld. Fract. Mech.* **8**, 1987, 137 - 150.

25. Wawrzynek P, Ingraffea AR. An Edge - Based Data Structure for Two-Dimensional Finite Element Analysis. *Eng. with Computers,* **3**, 1987, 13 - 20.

26. Llorca J, Elices M, Ingraffea AR. Analisis Lineal Y No Lineal De Propagacion De Fisuras En Hormigon," (In Spanish), *Revista Internacional de Metodos Numericos para Calculo y Diseno en Ingenieria,* **3**, 3, 1987, 309 - 333.

27. Swenson DV, Ingraffea AR. Using Combined Experiments and Analysis to Generate Dynamic Critical Stress Intensity Data. *ASTM STP 969: Fracture Mechanics: 19th Symposium,* T. A. Cruse, Ed., American Society for Testing and Materials, Phila., 1988, 405 - 426.

28. Gerstle WH, Ingraffea AR, Perucchio R. Three-Dimensional Fatigue Crack Propagation Analysis Using the Boundary Element Method. *Int.J. Fatigue,* **10**, 3, 1988, 187 - 192.

29. Swenson DV, Ingraffea AR. Modelling Mixed-Mode Dynamic Crack Propagation Using Finite Elements: Theory and Applications. *Computational Mech.,* **3**, 1988, 187-192.

30. Linsbauer HN, Ingraffea AR, Rossmanith H P, Wawrzynek PA. Simulation of Cracking in a Large Arch Dam: Part I. *J. Structural Eng.,* **115**, 7, July 1989, 1599 - 1615.

31. Linsbauer HN, Ingraffea AR, Rossmanith HP, Wawrzynek PA. Simulation of Cracking in a Large Arch Dam: Part II. *J. Structural Eng.,* **115**, 7, July, 1989, 1616 - 1630.

32. Ingraffea AR. Case Studies of Simulation of Fracture in Concrete Dams. *Eng. Fracture Mech.,* **35**, 1/2/3, 1990, 553-564.

33. Vossoughi H, Soudki K, White RN, Ingraffea AR, Sansalone M. Fatigue of Thick Steel Plates Bent to a Low R/t Ratio. *J. Pressure Vessel Tech.,* **111**, August 1989, 259 - 265.

34. Boone TJ, Ingraffea AR. A Numerical Procedure for Simulation of Hydraulically - Driven Fracture Propagation in Poroelastic Media. *Int. J. Num. Analyt. Meth. Geomech.,* **14**, 1990, 27-47.

35. Grigoriu M, Saif M, El Borgi S, Ingraffea AR. Mixed - Mode Fracture Initiation and Trajectory Prediction Under Random Stresses. *Int. J. Fracture,* **45**, 1990, 19-34.

36. Boone TJ, Ingraffea AR, Roegiers J - C. Visualization of Hydraulically - Driven Fracture Propagation in Poroelastic Media Using a Super – Workstation. *J. Petroleum Tech,* June 1989, 574 - 580.

37. Wawrzynek PA, Ingraffea AR. An Interactive Approach to Local Remeshing Around a Propagating Crack. *Finite Elem. in Analys. and Design*, **5**, 1989, 87 - 96.

38. Ingraffea AR, Barry A. Analytical Study of Transmission, Distribution Lines under Railroads. *Pipe Line Industry,* October 1989, 34 - 39.

39. Gray LJ, Martha LF, Ingraffea AR. Hypersingular Integrals in Boundary Element Fracture Analysis. *Int. J. Num. Meth. Eng.,* **29**, 1990, 1135-1158.

40. Mann KA, Bartel DL, Wright TM, Ingraffea AR. Mechanical Characteristics of the Stem-Cement Interface. *J. Ortho. Research,* **9**, 798-808, 1991.

41. Heuze F, Shaffer RJ, Ingraffea AR, Nilson RH. Propagation of Fluid-driven fractures in Jointed Rock. Part 1 - Development and Validation of Methods of Analysis. *Int. J. Rock Mech. Mining Sci. & Geomech. Abstr.*, **27**, 4, 243 - 254, 1990.

42. Swenson DV, Ingraffea AR. The Collapse of the Schoharie Creek Bridge: A Case Study in Concrete Fracture Mechanics. *Int. J. Fracture*, **51**, 73-92, 1991.

43. Gerstle WH, Ingraffea AR. Does Bond-Slip Exist? *Concrete International*, **13**, 1, 44-48, 1991.

44. Gerstle WH, Ingraffea AR. Compliance and Stress-Intensity Factor Calibration of the CENRBB Specimen. *Int. J. Rock Mech. Mining Sci. & Geomech. Abstr.,* **28**, 1, 85-92, 1991.

45. Bittencourt TN, Barry A, Ingraffea AR. Comparison of Mixed-Mode Stress Intensity Factors Obtained Through Displacement Correlation, J-Integral Formulation, and Modified Crack-Closure Integral. *ASTM STP 1131: Fracture Mechanics: Twenty Second Symposium (Vol. II)*, Philadelphia, 69-82, 1992.

46. Boone TJ, Ingraffea AR, Roegiers JC. Simulation of Hydraulic Fracture Propagation in Poroelastic Rock with Application to Stress Measurement Techniques. *Int. J. Rock Mech. Min. Sci. & Geomech. Abstr.*, **28**, 1, 1-14, 1991.

47. Mukherjee Y X, Xie Z, Ingraffea AR. Delamination Buckling of Laminated Plates. *Int. J. Num. Meth. Eng.,* **32**, 1321-1337, 1991.

48. Martha LF, Llorca J, Ingraffea AR, Elices M. Numerical Simulation of Crack Initiation and Propagation in an Arch Dam. *Dam Engineering*, **2**, 3, 193-214, 1991.

49. Martha LF, Gray, L J, Ingraffea AR. Three-Dimensional Fracture Simulation with a Single-Domain, Direct Boundary Element Formulation. *Int. J. Num. Meth. Eng.,* **35**, 1992.

50. Gaisbauer H, Rossmanith H-P, Ingraffea AR. Der Einfluß von Talforn und Schwächezonen im wassersetigen Aufstandsbereich aud das Tragverhaltern einer Gewölbesperre. (In German) *Osterreichische Ingenieur- und Architekten-Zeitschrift*, **137**, 9, 427-434, 1992.

51. Lutz E, Ingraffea AR, Gray L. Use of 'Simple Solutions' for Boundary Integral Methods in Elasticity and Fracture Analysis. *Int. J. Num. Meth. Eng.,* **35**, 1737-1751, 1992.

52. Soudki KA, Sansalone M, Ingraffea AR, Vossoughi H. Numerical Simulation of the Severe Cold Bending of Thick Steel Plates. ASME, *J. Pressure Vessel Tech.*, **114**, 1992.

53. Martha L, Wawrzynek P, Ingraffea AR. Arbitrary Crack Propagation Using Solid Modeling. *Engrg. with Computers*, **9**, 2, 63-82, 1993.

54. Sousa J, Carter B, Ingraffea AR. Numerical Simulation of 3D Hydraulic Fracture Using Newtonian and Power-Law Fluids. *Int. J. Rock Mech. Min. Sci. & Geomech. Abstr.*, **30**, 7, 1265-1271, 1993.

55. Elbert K, Wright T, Rimnac C, Klein R, Ingraffea AR, Gunsallus K, Bartel D. Fatigue Crack Propagation Behavior of Ultra High Molecular Weight Polyethelene under Mixed Mode Conditions", *J. Biomedical Materials Research, 28*, 181-187, 1994.

56. Gray L, Potyondy D, Lutz E, Wawrzynek P, Martha L, Ingraffea AR. Crack Propagation Modeling. *Math. Models Meth. Applied Sci., 4*, 2, 179-202, 1994.

57. Potyondy D, Wawrzynek P, Ingraffea AR. Discrete Crack Growth Analysis Methodology for Through Cracks in Pressurized Fuselage Structures. *Int. J. Num. Methods Eng.*, **38**, 1611-1633, 1995.

58. Potyondy D, Wawrzynek P, Ingraffea AR. An Algorithm to Generate Quadrilateral or Triangular Element Surface Meshes in Arbitrary Domains with Applications to Crack Propagation. *Int. J. Num. Methods Eng., 38*, 2677-2701, 1995.

59. Bittencourt T, Wawrzynek P, Sousa J, Ingraffea, AR. Quasi-Automatic Simulation of Crack Propagation for 2D LEFM Problems. *Eng. Fract. Mech., 55*, 2, 321-334, 1996.

60. Bittencourt T, Ingraffea AR. Three-Dimensional Cohesive Crack Analysis of Short-Rod Specimens. *ASTM-STP 1220: Fracture Mechanics: 25th Volume*, 46-60, 1995.

61. Bittencourt T, Ingraffea AR. Um Metodo Numericao para o Modelmento de Fraturamento Coesivo em 3D (In Portuguese). *Revista Internacional de Metodos Numericos para Calculo y Diseno en Ingeneria, 11*, 4, 1-10, 1995.

62. Zehnder A, Ingraffea AR. Reinforcing Effects of Coverlayers on the Fatigue Life of Copper-Kapton Flex Cables. *IEEE Trans. Comp. Pack. Manuf. Tech., 18*:704-710, 1995.

63. Shah KR, Carter BJ, Ingraffea AR. Hydraulic Fracturing Simulation in Parallel Computing Environment. *Int. J. Rock Mech. & Min. Sci.,* 34, 3-4, Paper 282, 1997.

64. Chen C-S, Wawrzynek PA, Ingraffea AR. Methodology for Fatigue Crack Growth and Residual Strength Prediction with Applications to Aircraft Fuselages. *Computational Mechanics*, **19**:527-532, 1997.

65. Hanson JH, Ingraffea AR. Standards for Fracture Toughness Testing of Rock and Manufactured Ceramics: What Can We Learn for Concrete? *Cement, Concrete and Aggregates*, **19**:79-87, 1997.

66. Riddell WT, Ingraffea AR, Warwrzynek PA. Experimental Observations and Numerical Predictions of Three-Dimensional Fatigue Crack Propagation. *Eng. Fract. Mech.,* **58**: 293-310, 1997.

67. Singh R, Carter B, Wawrzynek P, Ingraffea AR. Universal Crack Closure Integral for SIF Estimation. *Eng. Fract. Mech.,* **60**:133-146, 1998.

68. Hwang CG, Wawrzynek P, Tayebi AK, Ingraffea AR. On the Virtual Crack Extension Method for Calculation of the Rates of Energy Release Rate. *Eng. Fract. Mech.*, **59**:521-542, 1998.

69. Chen C-S, Wawrzynek, PA, Ingraffea AR. Elastic-Plastic Crack Growth Simulation and Residual Strength Prediction of Thin Plates with Single and Multiple Cracks. *Fatigue and Fracture Mechanics: 29th Volume, ASTM STP 1332*, 97-113, 1998.

70. Carter BJ, Wawrzynek, PA, Ingraffea AR. Automated 3D Crack Growth Simulation. Gallagher Special Issue of *Int. J. Num. Methods Eng.*, **47**:229-253, 2000.

71. Chi W-M, Deierlein G, Ingraffea AR. Finite Element Fracture Analysis of Welded Beam-Column Connections. *Fatigue and Fracture Mechanics: 30th Volume, ASTM STP 1360*, 439-455, 2000.

72. Castell M, Ingraffea AR, Irwin L. Fatigue Crack Growth in Pavements. **126**:283-290, *ASCE J. Transportation Eng.*, 2000.

73. TerMaath SC, Ingraffea AR, Wawrzynek PA. A Computational Fracture Mechanics Approach for the Analysis of Facesheet-from-Core Disbond of Honeycomb Core Sandwich Panels. *Fatigue and Fracture Mechanics: 30th Volume, STP 1360,* P.C. Paris and K.L. Jerina, Eds., American Society for Testing and Materials, West Conshohocken, PA, 169-182, 1999.

74. Chen C-S, Krause R, Pettit RG, Banks-Sills L, Ingraffea A R. Numerical Assessment of T-stress Computation Using a P-version Finite Element Method. *Int. J. Fract.*, **107**:177-199, 2001.

75. Chi W-M, Deierlein GG, Ingraffea AR. Fracture Toughness Demands in Welded Beam-Column Moment Connections. *J. Structural Division,* ASCE, **126**:88-97, 2000.

76. B. Carter, C. S. Chen, L. P. Chew, Nikos Chrisochoides, G. R. Gao, G. Heber, A. R. Ingra ea, R. Krause, C. Myers, D. Nave, K. Pingali, P. Stodghill, S. Vavasis, and P. A. Wawrzynek Parallel FEM Simulation of Crack Propagation -- Challenges, Status, and Perspectives. *Lect. Notes Comput. Sci.*, **1800**:443-449, 2000.

77. Spievak L, Lewicki D, Wawrzynek P, Ingraffea AR. Simulating Fatigue Crack Growth in Spiral Bevel Gears. *Eng. Fract. Mech.*, **68**:53-76, 2001.

78. Pettit R, Chen, C-S, Wawrzynek P, Ingraffea AR. Process Zone Size Effects on Naturally Curving Cracks. *Eng. Fract. Mech.*, **68**:1181-1205, 2001.

79. Chen C-S, Wawrzynek PA, Ingraffea AR. Residual Strength Prediction of Airplane Fuselages Using CTOA Criterion. *AIAA Journal,* **40**:566-575, 2002.

80. Chen C-S, Wawrzynek PA, Ingraffea AR. Prediction of Residual Strength and Curvilinear Crack Growth in Aircraft Fuselages," *AIAA Journal*, **40**:1644-1652, 2002.

81. Hwang CG, Wawrzynek, PA, Ingraffea AR. On the virtual crack extension method for calculating the derivatives of energy release rates for a 3D planar crack of arbitrary shape under mode-I loading. *Eng. Fract. Mech.*, **68**:925-947, 2001.

82. Lewicki D, Spievak L, Wawrzynek P, Ingraffea AR, Handschuh R. Consideration of Moving Tooth Load in Gear Crack Propagation Predictions. *J. Mechanical Design,* **123**:118-124, 2001.

83. Cavalcante-Neto JBC, Wawrzynek PA, Carvalho MTM, Ingraffea AR. An algorithm for three-dimensional mesh generation for arbitrary regions with cracks. *Eng. With Computers*, **17**:75-91, 2001.

84. Hanson JH, Ingraffea, AR. Compression Loading Applied to Round Double Beam Fracture Specimens. I: Application to Materials with Large Characteristic Lengths. *J. Testing and Evaluation,* **30**:508-514, 2002.

85. Hanson JH, Ingraffea AR. Compression Loading Applied to Round Double Beam Fracture Specimens. II: Derivation of Geometry Factor. *J. Testing and Evaluation*, **30**:515-523, 2002.

86. Hanson JH, Ingraffea AR. Using Numerical Simulations to Determine the Accuracy of the Size-Effect and Two-Parameter Data Reduction Methods for Fracture Toughness Tests of Concrete. *Eng. Fract. Mech.*, **70**: 1015-1027, 2002.

87. Han T-S, Ural A, Chen C-S, Zehnder AT, Ingraffea AR, Billington SL. Delamination buckling and propagation analysis of honeycomb panels using a cohesive element approach. *Int. J. Fract.*, **115**:101-123, 2002.

88. Iesulauro E, Ingraffea AR, Arwade S, Wawrzynek PA. Simulation of Grain Boundary Decohesion and Crack Initiation in Aluminum Microstructure Models. Fatigue and Fracture Mechanics: 33rd Volume, In *ASTM STP 1417*, W.G. Reuter and R.S. Piascik, Eds., American Society for Testing and Materials, West Conshohocken, PA, 715-728, 2002.

89. Ural A, Zehnder A, Ingraffea AR. Fracture mechanics approach to facesheet delamination in honeycomb: measurement of energy release rate of the adhesive bond. *Eng. Fract. Mech.,* 70:93-103, 2002.

90. Riddell WT, Ingraffea AR, Wawrzynek PA. Propagation of non-planar fatigue cracks: experimental observations and numerical simulations. In *33rd National Symposium on Fatigue and Fracture Mechanics*; Moran, WY; USA; 25-29 June 2001. pp. 573-597. 2002

91. Chew P, Chrisochoides N, Gopalsamy S, Heber G, Ingraffea AR, Luke E, Neto J, Pingali K, Shih A, Soni B, Stodghill P, Thompson D, Vavasis S, Wawrzynek P. Computational science simulations based on web services. *Lect. Notes Comput. Sci.,* **2660**:299-308 2003.

92. Hwang CG, Ingraffea AR. Shape prediction and stability analysis of Mode-I planar cracks. *Eng. Fract. Mech.,* **71**:1751-1777, 2004.

93. Hanson JH, Bittencourt TN, Ingraffea AR. Three-dimensional influence coefficient method for cohesive crack simulations. *Eng. Fract. Mech.,* **71**:2109-2124, 2004.

94. Ural A, Heber G, Wawrzynek PA, Ingraffea AR, Lewicki DG, Cavalcante-Neto JB. Three-dimensional, Parallel, Finite Element Simulation of Fatigue Crack Growth in a Spiral Bevel Pinion Gear. *Eng. Fract. Mech.,* **72**:1148-1170, 2005.

95. Hwang CG, Wawrzynek PA, Ingraffea AR. On the calculation of derivatives of stress intensity factors for multiple cracks, *Eng. Fract. Mech.,* **72**, 1171-1196, 2005.

96. Banks-Sills L, Hershkovitz I, Wawrzynek PA, Eliasi R, Ingraffea AR. Methods for Calculating Stress Intensity Factors in Anisotropic Materials: Part I - z = 0 is a Symmetric Plane, *Eng. Fract. Mech.,* **72**:2328-2358, 2005.

97. Cavalcante-Neto JB.; Martha LF, Wawrzynek PA, Ingraffea AR. A Back-tracking procedure for Optimization of simplex meshes, *Comm. Numer. Methods Eng.,* 21:711-722, 2005.

98. Banks-Sills L, Hershkovitz I, Wawrzynek PA, Eliasi R, Ingraffea AR. Methods for calculating stress intensity factors in anisotropic materials: Part II—Arbitrary geometry, *Eng. Fract. Mech.,* 74:1293-1307, 2007.

99. Hwang CG, Ingraffea AR. Virtual crack extension method for calculating the second order derivatives of energy release rates for multiply cracked systems. *Eng. Fract. Mech.,* 74:1468-1487, 2007.

100. Miranda A, Martha L, Wawrzynek PA, Ingraffea AR. Surface mesh regeneration considering curvatures, *Eng Comp*, **25**:207-219, 2, 2009.

101. Coffman V, Sethna J, Heber G, Liu A, Ingraffea AR, Bailey N, Barker E. A Comparison of Finite Element and Atomistic Modeling of Fracture. *Modelling Simul. Mater. Sci. Eng.* **16,** 6, 2008, Article 065008.

102. Emery J, Hochhalter J, Wawrzynek P, Ingraffea AR. DDSim: A hierarchical, probabilistic, multiscale damage and durability simulation methodology – Part I: methodology and Level I. *Eng. Fract. Mech.,* **76**:1500-1530, 2009.

103. Bozek JE, Hochhalter JD, Veilleux MG, Liu M, Heber G, Sintay SD, Rollett AD, Littlewood DJ, Maniatty AM, Weiland H, Christ Jr. RJ, Payne J, Welsh G, Harlow DG, Wawrzynek PA, Ingraffea AR. A Geometric Approach to Modeling Microstructurally Small Fatigue Crack Formation- Part I: Probabilistic Simulation of Constituent Particle Cracking in AA 7075-T651. *Modelling Simul. Mater. Sci. Eng,* 16, 6, 1 September 2008, Article 065007.

104. Hochhalter J, Littlewood D, Veilleux M, Bozek J, Ingraffea AR, Maniatty A. A geometric approach to modeling microstructurally small fatigue crack formation: II. Simulation and prediction of crack nucleation in AA 7075-T651. *Modelling Simul. Mater. Sci. Eng.* **18**, 2010, Article 045004

105. Coffman V, Sethna J, Ingraffea AR, Bailey N, Iesulauro E, Bozek J. Challenges in Continuum Modeling of Intergranular Fracture. *Strain*, doi: 10.1111/j.1475-1305.2010.00741.x., 2010.

106. Hochhalter JD, Littlewood DJ, Veilleux MG, Bozek JE, Maniatty AM, Rollett AD, Ingraffea AR. A Geometric Approach to Modeling Microstructurally Small Fatigue Crack Formation: III. Development of a semi-empirical model for nucleation. *Modelling Simul. Mater. Sci. Eng.*, **19** 035008 doi: 10.1088/0965-0393/19/3/035008, 2011.

107. Spear A, Priest A, Hochhalter J, Veilleux M, Ingraffea AR. Surrogate Modeling of High-fidelity Fracture Simulations for Real-time Residual Strength Predictions. *AIAA Journal*, **49**, 12, 2770-2782, doi: 10.2514/1.55295, 2011.

108. Howarth RW, Santoro R, Ingraffea AR. 2011. Methane and the greenhouse gas footprint of natural gas from shale formations. *Climatic Change Letters*, doi: 10.1007/s10584-011-0061-5, 2011.

109. Tuegel E, Ingraffea A, Eason T, Spottswood S. Re-engineering Aircraft Structural Life Prediction Using a Digital Twin. *Int J Aerospace Engrg.,* doi:10.1155/2011/154798, 2011.

110. Howarth R, Ingraffea AR. Should Fracking Stop? Yes, It's Too High Risk. *Nature,* **477**, 271-273, 2011.

111. Spear A, Ingraffea A, Microstructurally small fatigue crack growth in thin, aluminum-alloy, pressure vessel liner, *Procedia Engineering*, Vol. 10, 686-691, ISSN 1877-7058, 10.1016/j.proeng.2011.04.114, 2011.

112. Howarth, R, Santoro, R, Ingraffea AR. Venting and Leaking of Methane from Shale Gas Development: Response to Cathles *et al., Climatic Change*, doi: 10.1007/s10584-012-0401-0, 2012.

113. Spear A, Ingraffea AR, Effect of chemical milling on low-cycle fatigue behavior of an Al–Mg–Si alloy, *Corrosion Science,* http://dx.doi.org/10.1016/j.corsci.2012.11.006.

114. Carter BJ, Schenck EC, Wawrzynek PA, Ingraffea AR, Barlow KW. Three-dimensional Simulation of Fretting Crack Nucleation and Growth. *Engrg. Fract. Mech.*, doi:10.1016/j.engfracmech.2012.08.015.

115. Brune P, Ingraffea AR, Jackson MD, Perucchio R. The fracture toughness of an Imperial Roman mortar. *Engrg. Fract. Mech.*, **102** (2013) 65–76.

116. Brock GR, Kim G, Ingraffea AR, Andrews JC, Pianetta P, van der Meulen M. Method for Nanoscale Examination of Microdamage in Bone Using Synchrotron Radiation Transmission X-Ray Microscopy. *PLoS ONE* **8(3):** e57942. doi:10.1371/journal.pone.0057942.

117. Jacobson MZ, Howarth R, Delucchi M, Scobie S, Barth J, Dvorak M, Klevze M, Katkhuda H, Miranda B, Chowdhury N, Jones R, Plano L, Ingraffea AR. Examining the feasibility of converting New York State's all-purpose energy infrastructure to one using wind, water, and sunlight. *Energy Policy* (2013), http://dx.doi.org/10.1016/j.enpol.2013.02.036i

118. Salvadori A, P. A.Wawrzynek P, Ingraffea AR. Energy dissipation in the mixed mode growth of cracks at the interface between brittle materials. *Int. J. Fracture* (2013), DOI 10.1007/s10704-013-9845-0.

119. Freitas M, Wawrzynek PA, Cavalcante-Neto JB, Vidal CA, Martha LF, Ingraffea AR. A distributed-memory parallel technique for two-dimensional mesh generation for arbitrary domains, *Advances in Engineering Software*, **59**, 2013, ISSN 0965-9978, 10.1016/j.advsoft.2013.03.005.

120. Caulton D, Shepson P, Santoro R, Howarth R, Ingraffea AR,  Sparks J, Cambaliza M,  Sweeney C, Davis K, Lauvaux T, Stirm B, Belmecheri S, Sarmiento D. Quantifying Methane Emissions from an Area of Shale Gas Development in Pennsylvania.  Submitted to *Science*, April, 2013.

121. Cerrone A, Wawrzynek P, Nonn A, Paulino G, Ingraffea AR.  Implementation and verification of the PPR cohesive zone model in 3D. Submitted to *Engrg. Fract. Mech.*, April, 2013.

122. Hochhalter JD, Veilleux MG, Bozek JE, LeDonne JE, Littlewood DJ, Maniatty AM, Rollett AD, Ingraffea AR. A Geometric Approach to Modeling Microstructurally Small Fatigue Crack Formation: IV. Mechanistic and probabilistic determination of hotspots.  To be submitted to *Modelling Simul. Mater. Sci. Eng.*, 2013.

123. Veilleux MG, Hochhalter JD, Bozek JE, Ingraffea AR. A geometric approach to modeling microstructurally small fatigue crack formation: V. Observation and simulation of propagation dependence on microstructural heterogeneity. Submitted to *Modelling Simul. Mater. Sci. Eng.*, April, 2013.

124. Veilleux MG, Hochhalter JD, Bozek JE, Ingraffea AR. A geometric approach to modeling microstructurally small fatigue crack formation: IV. Simulation of material heterogeneity and crack size influence on propagation mechanisms. To be submitted to *Modelling Simul. Mater. Sci. Eng.*, 2013.

125. Veilleux MG, Sintay SD, Zhang Y, Ma J, Hochhalter JD, Bozek JE, Rollett AD, Wawrzynek PA, Ingraffea AR. Geometrically explicit, three-dimensional finite element modeling of statistically realistic microstructures with fatigue cracks. To be submitted to *Modelling Simul. Mater. Sci. Eng.*, 2013.

## PUBLISHED IN REVIEWED PROCEEDINGS

1. Ingraffea, A. R., Gerstle, K. H., Ko, H. - Y., "Effect of Orthotrophy on Stress Concentrations," in **Mechanics in Engineering: Selected Proceedings of ASCE - EMD First Specialty Conference**, SM Study No. 11, University of Waterloo, 1976, 169 - 182.

2. Ingraffea, A. R., Gerstle, K. H., Ko, H. - Y., "Effect of Anisotropy on Stress Concentrations," **Proc. of the International Symposium on Numerical Methods in Soil and Rock Mechanics**, Karlsruhe, 1976, 91 - 99.

3. Ingraffea, A. R., Heuze, F., Ko, H. - Y., "Fracture Propagation in Rock: Laboratory Tests and Finite Element Analysis," **Proc. 17th U.S. Symposium on Rock Mechanics**, Snowbird, Utah, 1976, 5C4 - 1, 5C4 - 6.

4. Ingraffea, A. R., Heuze, F., Gerstle, K. H., "An Analysis of Discrete Fracture Propagation in Rock Loaded in Compression," **Proc. 18th U.S. Symposium on Rock Mechanics**, Keystone, Colorado, 1977, 2A4-1, 2A4-7.

5. Ingraffea, A. R., "On Discrete Fracture Propagation in Rock Loaded in Compression," **Proc. of the First International Conference on Numerical Methods in Fracture Mechanics**, A. R. Luxmoore and D.R.J. Owen, eds., Swansea, 1978, 235 - 248.

6. Ingraffea, A. R., Schmidt, R. A., "Experimental Verification of a Fracture Mechanics Model for Tensile Strength Prediction of Indiana Limestone," **Proc. 19th U.S. Symposium on Rock Mechanics**, Stateline, Nevada, 1978, 247 - 253.

7. Kulhawy, F. H., Ingraffea, A. R., "Geomechanical Model for Settlement of Long Dams on Discontinuous Rock Masses," **Proc. of International Symposium on Rock Mechanics Related to Dam Foundations**, International Society for Rock Mechanics, Vol. 1, Rio de Janeiro, September, 1978, III.115 - III.128.

8. Ingraffea, A. R., "The Strength - Ratio Effect in the Fracture of Rock Structures," **Proc. 20th U.S. Symposium on Rock Mechanics**, Austin, Texas, 1979, 153 - 169.

9.  Blandford, G., Ingraffea, A. R., Liggett, J., "Mixed - Mode Stress Intensity Factor Calculations Using the Boundary Element Method," **Proc. Third Engineering Mechanics Division Specialty Conference**, ASCE, Austin, September 1979, 797 - 800.

10. Ingraffea, A. R., Saouma, V., Blandford, G., Chappell, J., "Crack Propagation in Rock and Concrete Structures", **Proc. International Symposium on Absorbed Specific Energy**, C. Sih, E. Sgoboly, and H. Gillemot, Eds., Budapest, September, 1980, 207 - 221.

11. Ingraffea, A. R., Ko, H. - Y., "Determination of Fracture Parameters for Rock", **Proc. of First USA - Greece Symposium on Mixed Mode Crack Propagation**, National Technical University, Athens, Greece, August 18 - 22, 1980, G. C. Sih and P. S. Theocaris, Eds., Sijthoff & Noordhoff, Alphen aan den Rijn, the Netherlands, 1981, 349 - 365.

12. Ingraffea, A. R., Abel, J. F., Kulhawy, F. H., "Interactive Computer Graphics for Analysis of Geotechnical Structures", **Proc. of the First International Conference on Computing in Civil Engineering**, New York, N.Y., May 13 - 15, 1981, 864 - 875.

13. Saouma, V. E., Ingraffea, A. R., "Fracture Mechanics Analysis of Discrete Cracking," **Proc. IABSE Colloquium on Advanced Mechanics of Reinforced Concrete**, Delft, June, 1981, 393 - 416.

14. Ingraffea, A. R., "Mixed - Mode Fracture Initiation in Indiana Limestone and Westerly Granite," **Proc. 22nd U.S. Symposium on Rock Mechanics**, Cambridge, MA, June 29 - July 2, 1981, 186 - 191.

15. Gerstle, W., Ingraffea, A. R., Gergely, P., "Tension Stiffening: A Fracture Mechanics and Interface Element Approach," **Proc. Int. Conf. on Bond in Concrete, Paisley, Scotland**, June, 1982, 97 - 106.

16. Kulhawy, F. H., Ingraffea, A. R., Huang, Y. - P., Han, T. - Y., Schulman, M. A., "Interactive Computer Graphics in Geomechanics," **Proc. 4th International Conference on Numerical Methods in Geomechanics**, 3, Edmonton, Alberta, June 1982, 1181 - 1192.

17. Ingraffea, A. R., Gunsallus, K. L., Beech, J. F., Nelson, P., "A Fracture Testing System for Prediction of Tunnel Boring Machine Performance," **Proc. 23rd U.S. Symposium on Rock Mechanics**, Berkeley, California, August, 1982, 463 - 470.

18. Abel, J. F., McGuire, W., Ingraffea, A. R., "Computer Graphics for 3 - D Structural Analysis," **Proc. of the ASCE 8th Conference on Electronic Computation**, J. K. Nelson, Ed., Houston, Texas, February 21 - 23, 1983, 594 - 607.

19. Perucchio, R., Ingraffea, A. R., "Computer Graphic Boundary Integral Analysis," **Proc. of the ASCE 8th Conference on Elect. Computation**, J. K. Nelson, Ed., Houston, Texas, February 21 - 23, 1983, 422 - 435.

20. Perucchio, R. S., Ingraffea, A. R., "Interactive Computer Graphic Surface Modeling of Three - Dimensional Solid Domains for Boundary Element Analysis," **Proc. NASA Symposium on Computer - Aided Geometry Modeling**, Langley Research Center, Hampton, Virginia, April, 1983.

21. Perucchio, R. S., Ingraffea, A. R., "Integrated Computer Graphic BEM Analysis System," **Proc. of the Fourth Engineering Mechanics Division Specialty Conference**, ASCE, Volume I, Purdue University, West Lafayette, Indiana, May 23 - 25, 1983, 114 - 117.

22. Ingraffea, A. R., Saouma, V., "Discrete Crack Modelling in Reinforced Concrete," **Proc. of the Fourth Engineering Mechanics Division Specialty Conference**, ASCE, Volume II, Purdue University, West Lafayette, Indiana, May 23 - 25, 1983, 1105 - 1108.

23. Perucchio, R., Han, T. - Y., Ingraffea, A. R., Abel, J. F., "Interactive Mesh Creation for Three - Dimensional Solids," **Proceedings of the U.S. - Sweden Workshop on CAD/CAM for Tooling and Forging Technology. Society of Manufacturing Engineers**, Ithaca, New York, 1983, 33 - 38.

24. Abel, J. F., Ingraffea, A. R., Perucchio, R., Han, T. - Y., Hajjar, J., "Interactive Computer Graphics for Finite Element, Boundary Element, and Finite Difference Methods", **Proc. of the 7th Invitational Symposium on the Unification of Finite Elements, Finite Differences, and Calculus of Variations,** Chapter 2, H. Kardestuncer, Ed., North- Holland, Amsterdam, 1984.

25. Shaffer, R., Thorpe, R., Ingraffea, A. R., Heuze, F., "Numerical and Physical Studies of Fluid - Driven Fracture Propagation in Jointed Rock," **Proc. of the 25th U.S. Symposium on Rock Mechanics**, SPE 12881, Evanston, Illinois, June, 1984, 113 - 126.

26. Abel, J. F., Ingraffea, A. R., McGuire, W., Greenberg, D. P., "Interactive Color Graphical Postprocessing as a Unifying Influence in Numerical Analysis Research," **Unification of Finite Element Software Systems**, H. Kardestuncer, Ed., North-Holland, Amsterdam, 1985, 21 - 38.

27. Kulhawy, F. H., Ingraffea, A. R., Han, T. - Y., Huang, Y. - P., "Interactive Computer Graphics in 3 - D Nonlinear Geotechnical FEM Analysis," **Proc. 5th International Conference on Numerical Methods in Geomechanics**, Nagoya, Japan, April, 1985.

28. Ingraffea, A. R., Wawrzynek, P. A., "Modeling of the Fracture Process Zone in Rock," **Rock Masses: Modeling of Underground Openings, Probability of Slope Failure, Fracture of Intact Rock**, C. H. Dowding, Ed., ASCE, publisher, 1985, 151 - 157.

29. Shaffer, R. J., Ingraffea, A. R., Heuze, F. E., "An Improved Model for Fluid - Driven Cracks in Jointed Rock," **Proc. of the 26th U.S. Symposium on Rock Mechanics**, Rapid City, South Dakota, June, 1985.

30. Gerstle, W. H., Ingraffea, A. R., "Error Control in Three-Dimensional Crack Modeling Using the Boundary Element Method", **Proc. of the Symposium on Advanced Topics in Boundary Element Analysis**, T. A. Cruse, A. Pifko, H. Armen, Eds., ASME, Orlando, Florida, November, 1985, 205 - 211.

31. Ingraffea, A. R., Panthaki, M., "Analysis of 'Shear Fracture Tests of Concrete Beams," **Finite Element Analysis of Reinforced Concrete Structures**, C. Meyer and H. Okamura, Eds., ASCE Publishers, 1986, 151 - 173.

32. Sabouni, A. R., El - Zanaty, A., Ingraffea, A. R., "Finite Element Discretization for Mixed - Mode Fracture Problems," **Proc. of the Ninth Conference on Electronic Computation**, K. M. Will, Editor, University of Alabama, Birmingham, February, 1986, 257 - 267.

33. Llorca, J., Elices, M., Ingraffea, A. R.. "Propagacion de Fisuras en Estructuras de Hormigon" ("Crack Propagation in Concrete Structures"), **Proc. 11 Simposium sobre Aplicaciones del Metodo de los Elementos Finitos en Ingenieria**, Universitat Polite Unica de Catalunya, Barcelona. June. 1986, 25 - 40.

34. Gerstle, W. H.. Ingraffea. A. R., "Boundary Element Modeling of Crack Propagation in Three Dimensions," **Proc. of the 2nd Boundary Element Technology Conference**. June 17-19, 1986, Cambridge, Massachusetts, J. Connors and C. Brebbia, Eds., 651 - 662.

35. Ingraffea, A. R., Mettam, K., Gerstle, W. H., "An Analytical and Experimental Investigation into Fatigue Cracking in Welded Crane Runway Girders," **Proc. 2nd International Conference on Structural Failure, Product Liability and Technical Insurance**. H. P. Rossmanith, Ed., Vienna, July 1 - 3, 1986, 201 - 223.

36. Wawrzynek, P. A., Ingraffea, A. R., "Local Automatic Remeshing Around a Propagating Crack Tip Using Interactive Computer Graphics," **Finite Element Method, Modeling. and New Applications**, E. M. Patton, H. Chung, F. Hatt, D. Hui, H. A. Kamel, Eds., ASME CED - Vol. 1, PVP - Vol. 101, 1986, 33 - 38.

37. O'Rourke, T. D., Ingraffea, A. R., Norman, R. S., Burnham, K. B., "Evaluation of Cased and Uncased Gas Pipelines at Railroads," **Proc. International Gas Research Conference**, Toronto, Ontario, September 1986.

38. Heuze, F. E., Shaffer, R. J., Ingraffea, A. R., "A Coupled Model for Fluid Driven Fractures," **Coupled Processes Associated with Nuclear Waste Repositories.** Ching - Fu Tsang, Ed., Academic Press, 1987, 655 - 662.

39. Shaffer, R., Heuze, F., Thorpe, R., Ingraffea, A. R., Nilson, R., "Models of Quasi - Static and Dynamic Fluid - Driven Fracturing in Jointed Rocks," **Proc. of the 6th Int. Congress on Rock Mech.**, Montreal, Canada, G. Herget and S. Vongpaisal, eds, A.A. Balkema/Rotterdam, 1987.

40. Thiercelin, M., Roegiers, J. C., Boone, T. J., Ingraffea, A. R.," An Investigation of the Material Parameters that Govern Behavior of Fractures Approaching Rock Interfaces," **Proc. of the 6th Intl. Congress on Rock Mech.** Montreal, Canada, G. Herget and S. Vongpaisal, Eds., A.A. Balkema/Rotterdam 1987, 263 - 269.

41. Swenson, D., Ingraffea, A. R., "A Finite Element Model of Dynamic Crack Propagation with an Application to Intersecting Cracks," **Proc.of the Fourth International Conference on Numerical Methods in Fracture Mechanics,** March 23 - 27, 1987, San Antonio, Texas, A. R. Luxmoore, D. R. J. Owen, Y. P. S. Rajapakse, and M. F. Kanninen, Eds, 191 - 204.

42. Wawrzynek, P., Boone, T., and Ingraffea, A. R., "Efficient Techniques for Modeling the Fracture Process Zone in Rock and Concrete," **Proc. of the Fourth International Conference on Numerical Methods in Fracture Mechanics,** March 23-27, 1987, San Antonio, Texas, A. R. Luxmoore, D. R. J. Owen, Y. S. Rajapakse, and M. F. Kanninen, Eds., 473 - 482.

43. Shaffer, R. J., Heuze, F. E., Thorpe, R. K. Ingraffea, A. R. and Nilson, R. H., "Models of Quasi-Static and Dynamic Fluid- Driven Fracturing in Jointed Rocks," **Proc. of the Fourth International Conference on Numerical Methods in Fracture Mechanics,** March 23-27, 1987, San Antonio, Texas, A. R. Luxmoore, D. R. J. Owen, Y. S. Rajapakse, and M. F. Kanninen, Eds, 505 - 518.

44. Boone, T. J. and Ingraffea, A. R.. "Simulation of the Fracture Process at Rock Interfaces," **Proc. of the Fourth International Conference on Numerical Methods in Fracture Mechanics,** March 23 - 27, 1987, San Antonio, Texas, A. R. Luxmoore, D. R. J. Owen, Y. P. S. Rajapakse, and M. F. Kanninen, Eds, 519 - 531.

45. Ingraffea, A. R., "Interactive Computer Simulation of Fracture Processes," **Proc. of the Fourth International Conference on Numerical Methods in Fracture Mechanics,** March 23 - 27, 1987, San Antonio, Texas, A. R. Luxmoore, D. R. J. Owen, Y. P. S. Rajapakse, and M. F. Kanninen, Eds, 677 - 699.

46. Ingraffea, A. R., Linsbauer, H.N., Rossmanith, H.P., "Computer Simulation of Cracking in a Large Arch Dam: Downstream Side Cracking," **Fracture of Concrete and Rock,** S. Shah and S. Swartz, Eds, Springer Verlag, New York, 1987, 334 - 342.

47. Ingraffea, A. R., Boone, T. J., "Simulation of Hydraulic Fracture Propagation in Poroelastic Rock," **Numerical Methods in Geomechanics,** G. Swoboda, editor, Balkema, Rotterdam, 1988, 95 - 105.

48. Wawrzynek, P., Martha, L., Ingraffea, A. R., "A Computational Environment for the Simulation of Fracture Processes in Three Dimensions," **Proc. of the Symposium on Analytical, Numerical, and Experimental Aspects of Three - Dimensional Fracture Processes,** A. Rosakis, Ed., Berkeley, CA, June, 1988, 321 - 327.

49. Kulhawy, F. H., Gunsallus, K. L., Ingraffea, A. R., and Wong, C. - W. Patrick, "Some Recent Developments in Interactive Computer Graphics for 3 - D Nonlinear Geotechnical FEM Analysis," **Numerical Methods in Geomechanics,** G. Swoboda, Ed., Balkema, Rotterdam, 1988, 121 - 134.

50. Boone, T. J., Ingraffea, A. R., "Simulation of Fracture Propagation in Poroelastic Materials with Application to the Measurement of Fracture Parameters," **Fracture Toughness and Fracture Energy: Test Methods for Concrete and Rock,** Mihashi, H., Takahashi, H., Wittman, F., Eds., A.A. Balkema, Rotterdam, 1989, 325 - 344.

51. Grigoriu, M., El Borgi, S., Saif, M., and Ingraffea, A. R.,"Probabilistic Prediction of Mixed Mode Fracture Initiation and Trajectory Under Random Stresses," **Probabilistic Methods in Civil Engineering,** Spanos, P.D.,

Ed., Proceedings of the 5th ASCE Specialty Conference, May 25 - 27, 1988, Blacksburg, Virginia, ASCE, 1988, 61 - 64.

52. Shaffer, R. J., Heuze, F. E., Thorpe, R. K., Ingraffea, A. R , and Nilson, R. H., "Models of Quasi - Static and Dynamic Fluid - Driven Fracturing in Jointed Rocks," **Fracture of Concrete and Rock**, S. P. Shah and S. E. Swartz, Eds., Springer - Verlag, New York, 1989, 189 - 198.

53. Boone, T. J., Ingraffea, A. R., "An Investigation of Poroelastic Effects Related to Hydraulic Fracture Propagation in Rock and Stress Measurement Techniques," **Proc. of the 30th U.S. Symposium on Rock Mechanics**. A. W. Khair, Ed., A. A. Balkema, Publisher, Rotterdam, 1989, 73 - 80.

54. A. R. Ingraffea, H. Linsbauer, H. Rossmanith, "Computer Simulation of Cracking in a Large Arch Dam Downstream Side Cracking," **Fracture of Concrete and Rock**, S. P. Shah and S. E. Swartz, Eds., Springer-Verlag, New York, 1989, 334 - 342.

55. Gunsallus, K., Kulhawy, F., Ingraffea, A. R., "A Geotechnical Analysis System with Applications for Drilled Shaft Foundations, "**Foundation Engineering: Current Principles and Practices**, Vol. 1, F. H. Kulhawy, Ed., ASCE, New York, 1989, 640 - 653.

56. Wong, P., Kulhawy, F., Ingraffea, A. R., "Numerical Modeling of Interface Behavior for Drilled Shaft Foundations Under Generalized Loadings," **Foundation Engineering: Current Principles and Practices,** F. Kulhawy, Ed., ASCE, New York, 1989, 565 - 579.

57. Wawrzynek, P., Martha, L., Ingraffea, A. R., "FRANSYS: A Software System for the Simulation of Crack Propagation in Three - Dimensions," **Proceedings of Symposium on Discretization Methods in Structural Mechanics**. IUTAM/IJACM, H. Mang and G. Kuhn, Eds., Vienna, June, 1989, 273-282.

58. Lamkin, S. J., Wawrzynek, P. A. and Ingraffea, A.R., "Two - Dimensional Numerical Simulation of Interacting Fractures in Rock," **Fracture of Concrete and Rock: Recent Developments**, S. P., Shah, S.E. Swartz, B. Barr, Eds., Elsevier Science Publishing, New York, N.Y., 1989, 121 - 131.

59. Sousa, JL., Martha, LF., Wawrzynek, PA. and Ingraffea, AR., "Simulation of Non - Planar Crack Propagation in Three - Dimensional Structures in Concrete and Rock," **Fracture of Concrete and Rock: Recent Developments**, S. P., Shah, S.E. Swartz, B. Barr, Eds., Elsevier Science Publishing, New York, N.Y., 1989, 254 - 264.

60. Gaisbauer, HR., Ingraffea AR., Rossmanith, HP., Wagner, E., "Bruchmechanische Überlegungen Bei Gewölbesperren", **Proceedings of the 6th International Seminar on Hydraulic Structures,** Vienna, November 13-15, 1990, 215-230.

61. Ingraffea, AR., Grigoriu, MD., Swenson, DV., "Representation and Probability Issues in the Simulation of Multi-Site Damage", **Structural Integrity of Aging Airplanes**, S. Atluri, S. Sampath, P. Tong (Eds.), Springer Verlag, Berlin, 183-197, 1991.

62. Bittencourt, TN. Wawrzynek, PA., Ingraffea, AR., "Simplified Micro-Modelling of Failure in Unidirectional Composites", to appear in the **Proceedings of the 5th Int. Conference on Numerical Methods in Fracture Mechanics**, Freiburg, West Germany, April, 1990.

63. Ingraffea, AR., Bittencourt, T., and Sousa, JL., "Automatic Fracture Propagation for 2D Finite Element Models", **Proc. of the XI Ibero-Latin American Congress on Computational Methods in Engineering**, Rio de Janeiro, November, 957-982, 1990.

64. Lutz, E., Gray, L., and Ingraffea, AR., "Indirect Evaluation of Surface Stress in the Boundary Element Method," in **Boundary Integral Methods**, L. Morino and R. Piva, Eds., Springer Verlag, Berlin, 339-348, 1991.

65. Lutz, E., Wawrzynek, P., and Ingraffea, AR., "Using Parameterized Gaussian Quadrature in the 2D BEM for Elasticity", **Computational Engineering with Boundary Elements, Vol. 2: Solid and Computational Problems**, A. H-S. Cheng, C. A. Brebbia, S. Grille, Eds., Computational Mechanics Publications, 1990.

66. Sousa, JL., Ingraffea, AR., "A Numerical, Energy-Based Approach for Three-Dimensional Fracture Propagation", **Computer Methods and Mechanics - Proceedings of the Seventh Int. Conf. on Comp. Meth. and Advances in Geomech.**, Beer, G. Booker, J., Carter, J. (eds.), Balkemo, Rotterdam, 2, 1653-1656, 1991.

67. Ingraffea, AR., O'Rourke, T. D., Stewart, H. S., Barry, A., Crossley, C., "Guidelines for Uncased Crossings of Highways and Railroads", **Pipeline Crossings**, J. P. Castronovo, Ed., ASCE, New York, 34-46, 1991.

68. TD. O'Rourke, KB. Burnham, BM. New, HE. Stewart, AR. Ingraffea, "Practice and Performance Record for Pipelines at Railroad and Highway Crossings", **Pipeline Crossings**, J. P. Castronovo, Ed., ASCE, New York, 248-262, 1991.

69. TD. O'Rourke, HE. Stewart, AR. Ingraffea, S. El Gharbawy, "Influence of Soil-Pipeline Stiffness on Bending Stresses from Surface Loading", **Pipeline Crossings**, J. P. Castronovo, Ed., ASCE, New York, 406-417, 1991.

70. Bittencourt, T., Ingraffea, AR., Llorca, J., "Simulation of Arbitrary, Cohesive Crack Propagation", **Fracture Mechanics of Concrete Structures**, Z. Bazant, Editor, Elsevier Applied Science, New York, 339-350, 1992.

71. Zehnder, A., Viz, M., Ingraffea, AR., "Fatigue Fracture in Thin Plates Subjected to Tensile and Shearing Loads: Crack Tip Fields, J-Integral and Preliminary Experimental Results", **Proc. of the VII Int. Cong. Exp. Mech.**, Soc. Exp. Mech., Bethel, CT, 44-50, 1992.

72. Gaisbauer, H., Rossmanith, H-P., Ingraffea, AR., "Die Aus bwirkungen eines wasserseitlichen Horizontalrisses in der Nähe der Aufstandsflache auf verschiedene Gewölbesperrentypen", **Proceedings of the 7th Internationales Seminar der Wasserkraftanlagen**, Konigsberger, A., *et al*, Editors, Wien, Austria, November, 1992, 143-157.

73. Lutz, E., Gray, L., Ingraffea, AR., "An Overview of Integration Methods for Hypersingular Boundary Integrals", **Boundary Elements XIII**, C. Brebbia and G. Gipson, Editors, Computational Mechanics Publications, Elsevier Applied Science, 913-925, 1991.

74. Andrews, JR., Stinehour, JE., Lean, MH., Potyondy, DO., Wawrzynek, PA., Ingraffea, AR., Rainsdon, MD., "Holographic Display of Computer Simulations," **Practical Holography V**, S.A. Benton, Ed., SPIE Vol. 1461, Bellingham, Washington, 110-123, 1991.

75. Potyondy, D., Ingraffea, AR., "A Methodology for Simulation of Curvilinear Crack Growth in Pressurized Fuselages", **Durability of Metal Aircraft Structures**: Proc. Int. Workshop Struct. Integrity Aging Airplanes, S. N. Atluri et al, Eds., Atlanta Technology Publications, Atlanta, 217-230, 1992.

76. Ingraffea, AR, "Computer-Aided Engineering**", Proceedings of the U.S.-Canada Workshop on Recent Accomplishments and Future Trends in Geomechanics in the 21st Century**, Zaman, Desai, Selvadurai, Editors, University of Oklahoma, October 21-23, 124-127, 1992.

77. Grigoriu, M, Ingraffea, AR, "Probability-Based Inspection Planning", **Proceedings of the International Symposium on Structural Integrity of Aging Airplanes**, 231-242, Atlanta, Georgia, March 20 - 22, 1992.

78. Morales, H. Brady, B, Ingraffea, AR, "Three-Dimensional Analysis and Visualization of the Wellbore and the Fracturing Process in Inclined Wells", Paper SPE25889, **Society of Petroleum Engineers Joint Rocky Mountain Regional Meeting and Low Permeability Reservoirs Symposium**, Denver, CO, April 12-14, 1993.

79. Dyskin, A, Germanovich, L, Ingraffea, AR, Lee, K, Ring, L, "Modeling Crack Propagation in Compression", **Rock Mechanics: Models and Measurements Challenges from Industry**, Proceedings of the First North American Rock Mechanics Symposium, P. Nelson, S. Laubach, Eds., A. A. Balkema, Rotterdam, 451-462, 1994.

80. Bittencourt, T, Ingraffea, AR, "Three Dimensional Cohesive Crack Analysis of the Short Rod Fracture Toughness Test Specimen", **Computer Modeling of Concrete Structures**, Proceedings of EURO-C 1994 International Conference, H. Mang, N. Bicanic, R. De Borst, Editors, Pineridge Press Ltd., Swansea, UK, 1-16, 1994.

81. Carter, B, Wawrzynek, P, Ingraffea, AR, "Hydraulic Fracture from the Interface of a Cased Wellbore", **Rock Mechanics: Models and Measurements Challenges from Industry**, Proceedings of the First North American Rock Mechanics Symposium, P. Nelson, S. Laubach, Eds., A. A. Balkema, Rotterdam, 185-192, 1994.

82. Carter, B, Ingraffea, AR,  "Effects of Casing and Interface Behavior on Hydraulic Fracture", **Computer Methods and Advances in Geomechanics**, H. Siriwardane and M. Zaman, Eds., A. A. Balkema, Rotterdam, 2, 1561-1566, 1994.

83. Wawrzynek, P, Carter, B, Potyondy, D, Ingraffea, AR, "Topological Approach to Modeling Arbitrary Crack Propagation in 3D", **DIANA Computational Mechanics '94**, G.M.A. Kusters and M.A.N. Hendriks, Eds., Kluwer Academic Publishers, 69-94, 1994.

84. Potyondy, DO, Wawrzynek, P, Ingraffea, AR, "Discrete Crack Growth Analysis Methodology for Through Cracks in Pressurized Fuselage Structures", **Proc. of FAA/NASA International Symposium of Advanced Structural Integrity Methods for Airframe Durability and Damage Tolerance**, C. Harris, Ed.., NASA Conference Pub. 3274, 581-602, 1994.

85. Bittencourt, TN, Ingraffea, AR, "A Numerical Model for 3D Cohesive Cracking", **Proceeding of the XV CILAMCE Conference**, Belo Horizonte, Brazil, 1, 849-858, 1994.

86. Carter, BJ, Ingraffea, A R, Bittencourt, T N, "Topological Control of the Modeling of Linear and Nonlinear 3D Crack Propagation in Geomaterials", **Fracture of Brittle Disordered Materials: Concrete, Rock, and Ceramics**, B. L. Karihaloo and G. Baker, Eds., E&FN Spon, Publishers, London, 301-318, 1995.

87. Carter, B, Dyskin, A, Germanovich, L, Ingraffea, AR, Ring, L, Ustinov, K, "3-D Numerical Simulation of Crack Growth and Interaction in Compression", **Proceedings of the 8th International Congress on Rock Mechanics**, Tokyo, September, 1, 219-226, 1995.

88. Ingraffea, AR, Carter, B, Wawrzynek, P, "Application of Computational Fracture Mechanics to Repair of Large Concrete Structures", **Fracture Mechanics of Concrete Structures**, Part 3, F. Wittman Edt., AEDIFICATIO Publishers, 1995.

89. Ingraffea, AR, Wawrzynek, P, "FRANC2D: A Case Study in Transfer of Software Technology", **Research Transformed into Practice: Implementations of NSF Research**, J. Colville, A. Amde, Eds., ASCE Press, New York, 233-344, 1995.

90. Germanovich, LN, Carter, BJ, Ingraffea, AR, Dyskin, AV, Lee, KK. "Mechanics of 3D Crack Growth in Compression," in **Rock Mechanics Tools and Techniques**, 2nd North American Rock Mechanics Symposium, Montreal, Canada, Aubertin, Hassani & Mitri (eds), Balkema, Rotterdam, p. 1151-1160, 1996.

91. Chen, C-S, Wawrzynek, PA, Ingraffea, AR,  "Simulation of Stable Tearing and Residual Strength Prediction with Applications to Aircraft Fuselages", **Proceedings of the FAA/NASA Symposium on Continued Airworthiness of Aircraft Structures**, August 28-30, Atlanta, GA, 605-618, 1996.

92. Carter, BJ, Chen, C-S, Ingraffea, AR, Wawrzynek, P.A. "A Topology-Based System for Modeling 3D Crack Growth in Solid and Shell Structures ", **Proceedings of the Ninth International Congress on Fracture**, Sydney, Australia, Elsevior Science Publishers, April, 1923-1934, 1997 .

93. Ingraffea, AR, Gray, L, Wawrzynek, P, "A New Boundary Element Formulation for the Simulation of Damage in Composite Joints", to appear in the **Proceedings of the 38th AIAA/ASME/ASCE/AHS/ASC Structural Dynamics and Materials Conference**, April, 1997.

94. Chen, C.-S , Wawrzynek, PA, and Ingraffea, AR, "Methodology for Fatigue Crack Growth and Residual Strength Prediction with Applications to Aircraft Fuselages," to appear in the **Proceedings of the IUTAM Symposium: Innovative Computational Methods for Fracture and Damage**, Dublin, Ireland, 1997.

95. Chen, C.-S, Wawrzynek, PA, and Ingraffea, AR, "Recent Advances in Numerical Simulation of Stable Crack Growth and Residual Strength Prediction," **Proceedings of the Sixth East Asia-Pacific Conference on Structural Engineering & Construction**, Taipei, Taiwan, 1773-1778, 1998.

96. CR Myers, SR Arwade, E Iesulauro, PA.Wawrzynek, M Grigoriu, AR Ingraffea, PR Dawson, MP Miller, and JP Sethna, ``Digital Material: a Framework for Multiscale Modeling of Defects in Solids", to appear **in Proceedings of Symposium J: Multiscale Materials Modeling**, Materials Research Society Fall 1998 Meeting, Materials Research Society, 1998.

97. Hanson, JH. and Ingraffea, AR., "Behavior of Concrete Round Double Beam Fracture Toughness Test Specimens," **Proceedings Third International Conference on Fracture Mechanics of Concrete and Concrete Structures,** International Association of Fracture Mechanics for Concrete and Construction Standards (IAFraMCoS), Gifu, Japan, Vol. 1, pp 441-452, 1998.

98. Ingraffea, AR., Chen, D, Wawrzynek, P, "How Long Can They Fly? Computer Simulation and the Aging Aircraft Problem**", Proc. 39th Israel Annual Conf. Aerospace Sciences**, Tel Aviv, 2-1:2-16, 1999.

99. Arwade, S, Grigoriu, M, Ingraffea, A, Miller, M. "Crack Growth in Stochastic Microstructures", **Stochastic Structural Dynamics**, Spencer, B. F. & Johnson, E. A., Eds., Balkema, Rotterdam, 265-272, 1999.

100. Lewicki, D, Spievak, L, Wawrzynek, P, Ingraffea, A, Handschuh, R, "Consideration of Moving Tooth Load in Gear Crack Propagation Predictions", **Proc. ASME DETC 2000**, Paper DETC2000/PTG-14386, Baltimore, MD, Sept. 10-13, 2000, 10 pp. Also, NASA/TM-2000-210227.

101. Carter, B, Chen, C.-S, Chew, P, Chrisochoides, N, Gao, G, Heber, G, Ingraffea, A, Krause, R, Myers, C, Nave, D, Pingali, K, Stodghill, P, Vavasis, S, Wawrzynek, P, "Parallel FEM Simulation of Crack Propagation-Challenges, Status, and Perspectives", **Lecture Notes in Computer Science, vol. 1800**, Springer Verlag, 2000.

102. Gall, K., Iesulauro, E., Hui, H., Ingraffea, A., "Atomistic and continuum based fracture modeling in single crystal Silicon", in **Advances in Computational Engineering & Sciences 2000**, Volume II, Satya N. Atluri and Frederick W. Brust, editors, 2000-2006, Tech Science Press, 2000.

103. Hanson, J. H. and Ingraffea, A. R., "Comparison of Measured Fracture Toughness and Size Independent Fracture Toughness for Concrete", in **Advances in Fracture: Proceedings of ICF 10**, Honolulu, Hawaii, December 4-7, 2001, ICF100775OR.

104. E. Iesulauro, K. Dodhia, T. Cretegny, C-S. Chen, C. Myers, and A.R. Ingraffea, "Continuum-Atomistic Modeling for Crack Initiation and Propagation in Polycrystals," in **Advances in Fracture: Proceedings of ICF 10,** Honolulu, Hawaii, December 4-7, 2001, ICF100157OR.

105. C Myers, C-S Chen, T Cretegny, N P Bailey, A J Dolgert, L O Eastgate, M Rauscher, J P Sethna, E Iesulauro, A R Ingraffea, "Software methodologies for multiscale descriptions of defects, deformation and fracture", in **Advances in Fracture: Proceedings of ICF 10,** Honolulu, Hawaii, December 4-7, 2001, ICF100913OR.

106. B.J. Carter, A.R. Ingraffea, and Yeh-Hung Lai, "Simulating transverse fracturing of thin plastic sheet", in **Advances in Fracture: Proceedings of ICF 10,** Honolulu, Hawaii, December 4-7, 2001, ICF100472OR.

107. Hanson, J. H. and Ingraffea, A. R., 2001, "On the Accuracy of Fracture Toughness Test Results for Concrete Using Different Size and Geometry Specimens and Data Reduction Methods," **Fracture Mechanics for Concrete Materials: Testing and Applications, ACI SP-201,** C. Vipulanandan and W. H. Gerstle, Eds., American Concrete Institute, Farmington Hills, MI, pp. 111-132.

108. T.-S. Han, S.L. Billington, and A.R. Ingraffea, "Simulation strategies for RC building under seismic loading,"
In R. de Borst, J. Mazars, G. Pijaudier-Cabot, and J.G.M van Mier (Eds.), **Proceedings of the fourth
international conference of fracture mechanics of concrete and concrete structures**, Cachan, France, 28
May – 1 June 2001, pp. 933-940.

109. T.-S. Han, S.L. Billington and A.R. Ingraffea, 2002, "Simulation strategies to predict seismic response of RC
structures," ACI Special Publication, 2002.

110. Iesulauro, E., Cretegny, T., Chen, C-S., Dodhia, K., Myers, C., Ingraffea, A. R., **Analytical and
Computational Fracture Mechanics of Non-Homogeneous Materials, Proceedings of the IUTAM
Symposium**, Cardiff, 18-22, 2001,  Kluwer Academic Publishers, Dordrecht, pp. 167-177, 2002.

111. L. Paul Chew, N. Chrisochoides, S. Gopalsamy, G. Heber, A. R. Ingraffea, E. Luke, J. B. Cavalcante Neto, K.
Pingali, A. Shih, B. K. Soni, P. Stodghill, D. Thompson, S. A. Vavasis, P. A. Wawrzynek: Computational
Science Simulations Based on Web Services. **International Conference on Computational Science 2003**:
299-308.

112. E. Anagnostou, A. Brahme, C. Cornwell, B.S. El-Dasher, J. Fridy, M. F. Horstemeyer, A. R. Ingraffea, S.-B.
Lee, A. Maniatty, R. Noack, J. Papazian, A.D. Rollett, D. Saylor, H. Weiland, "Simulation of Fatigue Crack
Initiation and Propagation in Aluminum Alloys using Realistic Microstructures", **Proc. 11th Int. Conf.
Fracture**, Turin, Italy, March 20-25, 2005.

113. J. Emery, P. Wawrzynek, A. R. Ingraffea, "DDSIM: A Next Generation Damage and Durability Simulator",
**Proc. 11th Int. Conf.  Fracture**, Turin, Italy, March 20-25, 2005.

114. Oneida E.K., van der Meulen M.C.H., Ingraffea A.R. Finite element-based methodology for studying crack
propagation at the microstructural length-scale in cortical bone. **17th Annual Symposium on Computational
Methods in Orthopeadic Biomechanics**. Feb. 21, 2009.

115. J.D. Hochhalter, A.D. Spear, A.R. Ingraffea, "Crack trajectory prediction in thin shells using finite element
analysis", **Proc. 6th International Conference on Computation of Shell & Spatial Structures**, Ithaca, NY
USA, 2008.

116. A.D. Spear, A.R. Ingraffea, "Residual strength prediction of damaged aircraft structure using 3D finite element
modeling", **Proc NASA Aviation Safety Technical Conference**, Denver, CO, 2008.

117. Hochhalter J., Glaessgen E., Ingraffea A., Aquino W. "A Method for Combining Experimentation and
Molecular Dynamics Simulation to Improve Cohesive Zone Models", **Proc 12th International Conference
on Fracture**. Ottawa, Canada. July 2009.

118. Wawrzynek, P.A., Carter, B.J., and Ingraffea, A.R.,"Advances in Simulation of Arbitrary 3D Crack Growth
using FRANC3D/NG," **Proc. 12th International Conference on Fracture**. Ottawa, Canada. July 2009.

119. Oneida E.K., van der Meulen M.C.H., Ingraffea A.R. Relationships among microstructural features and crack
propagation in osteonal bone identified using finite element analysis. **Proc. 12th International Conference
on Fracture**. Ottawa, Canada. July 2009.

120. J.E. Bozek, M.G. Veilleux, J.D. Hochhalter, P.A. Wawrzynek, A.R. Ingraffea. Stochastic Framework for
Predicting Microstructurally Small Fatigue Life of AA 7075-T651. **Proc.12th International Conference on
Fracture**. Ottawa, Canada. July 2009.

121. A.D. Spear, J.D. Hochhalter, A.R. Ingraffea, "Simulation of discrete-source damage propagation and residual
strength of aircraft structures", **Proc. 12th International Conference on Fracture**. Ottawa, Canada. July
2009.

122. A. R. Ingraffea, P. Brune, R. Peruccio, "The Toughness of Ancient Roman Concrete", **Proceedings of the 7th Int. Conf. of Fracture Mechanics of Concrete and Concrete Structures**, Jeju Island, South Korea, May, 2010.

## Publications on Engineering Education

1. Abel J F, McGuire W, Ingraffea A R. In the Vanguard of Structural Engineering. *Engineering: Cornell Quarterly*, **16**, 3, Winter 1981 - 82, 23 - 36.

2. Ingraffea AR, Mink C. Why Cornell Engineers Have Up - to - Date Design Skills. *Engineering: Cornell Quarterly*, **21**, 2, Winter 1986 - 87, 18 - 24.

3. Ingraffea AR. Workstations Redefine the Learning Process. *EDU Magazine*, Special Edition, Summer, 1988, 2 - 4.

4. Ingraffea AR, Mink K. Project SOCRATES: Fostering a New Collegiality. *Academic Computing*, 3, **3**, 1988, 20 - 21, 60 - 63.

5. Abel JF, Ingraffea AR. Use of Interactive Graphics Programs for Instruction in Structural Engineering. **Proceedings of CATS' 90**, E. Onate *et al*, Eds., CIMNE-Pineridge Press, Barcelona, Spain, 1990, 491- 495.

6. Goldbaum SL, Ingraffea AR. Cornell University's Project SOCRATES. **Proceedings of CATS' 90**, E. Onate *et al*, Eds., CIMNE-Pineridge Press, Barcelona, Spain, 1990, 270- 273.

7. Ingraffea AR, Wawrzynek P. Teaching Fracture Mechanics to Graduate Students with Workstation-Based Simulation. **Proceedings of the Advanced Workshop on Teaching and Education in Fracture and Fatigue Analysis and Prevention**, Vienna, Austria, July 10, 1992.

8. Ingraffea AR, Agogino A, Sheppard S. Expanding the Role of the Computer in Engineering Education. **Computer Methods and Advances in Geomechanics**, H. Siriwardane and M. Zaman, Eds., A. A. Balkema, Rotterdam, 1, 189-196, 1994.

9. Pauschke JM, Ingraffea AR. Recent Innovations in Civil Engineering Curricula. *Journal of Professional Issues in Engineering Education and Practice*, **122**, 3, July, 123-133, 1996.

10. Polaha M, Ingraffea AR. Cracking Dams.  http://www.simscience.org, 1999.

11. Davidson BD, Davidson R, Gay G, Ingraffea AR, Miller M, Nozick L, Zehnder A, Sheckler R, Rath C. Distance Design Collaboration Through an Advanced Interactive Discovery Environment. **Proceedings of the 2002 ASEE Annual Conference & Exposition**, Session 1302, Montreal, Quebec, Canada, June 2002.

12. Davidson B D, Davidson R, Gay G, Ingraffea A, Miller M, Nozick L, Zehnder A, Sheckler R, Rath C. Collaborative Distance Design of Aerospace Structures. **Proceedings of the 32nd ASEE/IEEE Frontiers in Education Conference**, Session F4F, Boston, MA, November 2002.

13. Lee J-S, Cho HC, Gay G, Davidson BD, Ingraffea, AR. Technology Acceptance and Social Networking in Distance Learning," *Educational Technology and Society*, Volume 6, No. 2, 2003, pp. 60-61 (available at http://ifets.ieee.org/periodical/6-2/index.html).

14. Davidson BD, Dannenhoffer JF, Ingraffea A, Jones S, Zehnder A. Facilitating Effective, Geographically Distributed Engineering Design Teams. **Proceedings of the 2003 Frontiers in Education Conference**, Paper 0-7803-7444-4/03, Boulder, Colorado, November 5-8, 2003.

15. Davidson BD, Dannenhoffer JF, Gay G, Ingraffea A, Jones S, Lee J-S, Stefanone M, Zehnder A. On the Use of Advanced IT Tools to Facilitate Effective, Geographically Distributed Student Design Teams. **Proceedings of the 2003 ASEE Annual Conference**, Nashville, Tennessee, June 2003.

16. Dannenhoffer JF, Davidson, BD, Ingraffea AR, Jones S, Zehnder A. A Case Study on Educating Engineers for Geographically-Dispersed Design Teams. Proceedings of the 2003 **International Mechanical Engineering Congress and R&D Exposition**, Paper IMECE2003-41530, Washington, D.C., November 16 - 21, 2003.

17. Stefanone, M, Hancock, J, Gay, G, Ingraffea, AR. Emergent networks, locus of control, and the pursuit of social capital. Proceedings of the 2004 ACM conference on Computer supported cooperative work Chicago, Illinois, USA, 592 – 595, 2004.

18. Cho H, Gay G, Davidson B, Ingraffea AR (2007). Social networks, communication styles, and learning performance in a CSCL community. J. *Computers & Education*, 49(2), 309-329.

19. Cho H, Gay G, Davidson B, Ingraffea AR. (forthcoming). The effect of communication styles on computer-supported collaborative learning. In C. Mourlas, N. Tsianos, & P. Germanakos (eds.)/ Cognitive and Emotional Processes in Web-based Education: Integrating Human Factors and Personalization/ PA: IGI Global.

20. Zehnder AT, Ingraffea AR, Davidson BD, "On Synchronous, IP-Based, Collaborative Engineering Design Education," Distance Education Research Trends, Nova Science Publishers, Inc. (In Press).


# REPORTS

1. Ingraffea, A. R., "Twin and Two - Lobed Tank Tradeoff Study, I," Report B31 - 193M0 - 13, Grumman Aerospace Corporation, Bethpage, N.Y., 1970.

2. Ingraffea, A. R., "Twin and Two - Lobed Tank Tradeoff Study, II," Report B35 - 193M0 - 19, Grumman Aerospace Corporation, Bethpage, N.Y., 1970.

3. Ingraffea, A. R., Trent, B., "Coal Model Testing," in 1975 Annual Report to U.S. Bureau of Mines, Grant G - 0110894, pp. 205 - 249.

4. Beech, J., Ingraffea, A. R., "Three - Dimensional Finite Element Stress - Intensity Factor Calibration of the Short - Rod Specimen", Geotechnical Engineering Report 80 - 3, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1980.

5. Manu, C., Ingraffea, A. R., "Three - Dimensional Finite Element Analysis of Cyclic Fatigue Crack Growth of Multiple Surface Flaws," Department of Structural Engineering, Cornell University, Ithaca, N.Y., May, 1980, 223 pp.

6. Saouma, V. E., Ingraffea, A. R., Catalano, D. M., "Fracture Toughness of Concrete  - $K_{Ic}$ Revisited," Department of Structural Engineering Report 80 - 9, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1980.

7. Blandford, G. E., Ingraffea, A. R., Liggett, J. A., "Automatic Two - Dimensional Quasi - Static and Fatigue Crack Propagation Using the Boundary Element Method," Department of Structural Engineering Report 81 - 3, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1981.

8. Saouma, V., Ingraffea, A. R., Gergely, P., White, R. N., "Interactive Finite Element Analysis of Reinforced Concrete: A Fracture Mechanics Approach," Department of Structural Engineering Report 81 - 5, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1981.

9. Hungspreug, S., Gergely, P., Ingraffea, A. R., White, R. N., "Local Bond Between a Reinforcing Bar and Concrete Under High Intensity Cyclic Load," Department of Structural Engineering Report 81 - 6, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1981.

10. Chappell, J. F., Ingraffea, A. R., "A Fracture Mechanics Investigation of the Cracking of Fontana Dam," Department of Structural Engineering Report 81 - 7, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1981.

11. Arrea, M., Ingraffea, A. R., "Mixed - Mode Crack Propagation in Mortar and Concrete," Department of Structural Engineering Report 81 - 13, School of Civil and Environmental Engineering, Cornell Univ., Ithaca, N.Y., 1981.

12. Catalano, D., Ingraffea, A. R., "Concrete Fracture: A Linear Elastic Fracture Mechanics Approach," Department of Structural Engineering Report 82 - 1, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., 1982.

13. Ingraffea, A. R., "An Experimental Study of Propagation of Cracks Near Interfaces in Rock," Department of Structural Engineering Report 82 - 4, School of Civil and Environmental Engineering, Cornell University, February, 1982, 45 pp.

14. Gerstle, W., Ingraffea, A. R., Gergely, P., "The Fracture Mechanics of Bond in Reinforced Concrete," Department of Structural Engineering Report 82 - 7, School of Civil and Environmental Engineering, Cornell University, Ithaca, N.Y., June, 1982, 144 pp.

15. Huang, Y. - P., Kulhawy, F. H., Ingraffea, A. R., "Nonlinear Incremental, 2 - D and 3 - D Finite Element Analysis of Geotechnical Structures Using Interactive Computer Graphics," Geotechnical Engineering Report 83 - 8, School of Civil and Environmental Engineering and Program of Computer Graphics, Cornell University, Ithaca, N.Y., August, 1983, 338 pp.

16. Perucchio, R. S., Ingraffea, A. R., "An Integrated Boundary Element Analysis System with Interactive Computer Graphics for Three Dimensional Linear - Elastic Fracture Mechanics," Department of Structural Engineering Report 84 - 2, School of Civil and Environmental Engineering and Program of Computer Graphics, Cornell University, Ithaca, N.Y., January, 1984.

17. Nelson, P. P., O'Rourke, T. D., Flanagan, R. F., Kulhawy, F. H., Ingraffea, A. R., "Tunnel Boring Machine Performance Study," Report UMTA - MA - 06 - 0100 - 84, U.S. Department of Transportation, Washington, D.C., January, 1984.

18. Ahmed, I., O'Rourke, T. D., Perucchio, R. S., Kulhawy, F. H., Ingraffea, A. R., "Analytical Study of Cast Iron Pipeline Response to Shallow Trench Construction," Report to New York Gas Group, Geotechnical Engineering Report 84 - 2, Cornell University, May,1984.

19. Gerstle, W. H., Ingraffea, A. R., "Numerical Modelling of Forces Transmitted to the Web - to - Flange Junction of Crane Runway Girders Due to Wheel Loads," Task II, Report No. 1, Document 84 - 3, AISE/Cornell University Crane Runway Girder Project, May 15, 1984, 108 pp.

20. Wawrzynek, P., Ingraffea, A. R., "The Effect of Stiffeners on the Forces Transmitted to the Web - to - Flange Junction of Crane Runway Girders," Task II, Report No. 3, Document 85 - 3, AISE/Cornell University Crane Runway Girder Project, January 20, 1985, 50 pp.

21. Ingraffea, A. R., Lin, S. C., "Effects of Elastomeric Rail Pad on Forces Transmitted to the Web - to - Flange Junction of Crane Runway Girders," Task II, Report No. 2, Document 85 - 2, AISE/Cornell University Crane Runway Girder Project, March 5, 1985, 45 pp.

22. Ingraffea, A. R., Shaffer, R. J., Heuze, F. E., "FEFFLAP: A Finite Element Program for Analysis of Fluid - Driven Fracture Propagation in Jointed Rock, Volume I: Theory and Programmer's Manual," University of California Information Document 20368, Report to U.S. Department of Energy under Contract W - 7405 - ENG - 48, March, 1985.

23. Shaffer, R. J., Ingraffea, A. R., Heuze, F. E., "FEFFLAP: A Finite Element Program for Analysis of Fluid - Driven Fracture Propagation in Jointed Rock, Volume II: User's Manual and Model Verification," University of California Information Document 20368, Report to U.S. Department of Energy under Contract W - 7405 - ENG - 48, March, 1985.

24. Gerstle, W. H., Ingraffea, A. R., "Finite and Boundary Element Modelling of Crack Propagation in Two - and Three - Dimensions Using Interactive Computer Graphics," Department of Structural Engineering Report 85 - 8, School of Civil and Environmental Engineering and Program of Computer Graphics, Cornell University, Ithaca, N.Y., October 1985.

25. O'Rourke, T. D., Ingraffea, A. R., Stewart, H. E., Panozzo, G. L., Blewitt, J. R., Tawfik, M. S., "State - of - the - Art Review: Current Practices for Pipeline Crossings at Railroads," Topical Report. GRI - 86/0209 and 0210, Gas Research Institute, Contract No. 5085 - 271 - 1147, February 1986.

26. Sabouni, A. - R., Loizias, M., Sutharshana, S., Ingraffea, A. R., "Finite Element Analysis of a Reinforced Concrete Beam, "Department of Structural Engineering Research Report 82 - 17, School of Civil and Environmental Engineering, Cornell University, March, 1986, 51 pp.

27. Sabouni, A. - R., Elzanaty, A., Ingraffea, A. R., "Finite Element Idealization of Mixed - Mode Fracture," Department of Structural Engineering Research Report 83 - 9, School of Civil and Environmental Engineering, Cornell University, March 1986, 58 pp.

28. Ingraffea, A. R., McGuire, W., Pekoz, T., Gerstle, W., Mettam, K., Wawrzynek, P., Hellier, A., Final Report. Volume 1 of 2. Task IV, Document 86 - 1, AISE/Cornell University Crane Runway Girder Project, June 23, 1986, 47 pp.

29. Mettam, K., Ingraffea, A. R., Gerstle, W. H., "A Bibliography on Fatigue in Crane Runway Girders," Task I, Report No. 1, in Final Report - Appendices. Volume 2 of 2. Document 86 - 1, AISE/Cornell University Crane Runway Girder Project, June 23, 1986, 22 pp.

30. Gerstle, W. H., Ingraffea, A. R., "Numerical Modelling of Forces Transmitted to the Web - to - Flange Junction of Crane Runway Girders Due to Wheel Loads," Task II, Report No. 1, in Final Report - Appendices. Volume 2 of 2. Document 86 - 1, AISE/Cornell University Crane Runway Girder Project, June 23, 1986, 108 pp.

31. Ingraffea, A. R., Lin, S. C., "Effects of Elastomeric Rail Pad on Forces Transmitted to the Web - to - Flange Junction of Crane Runway Girders," Task II, Report No. 2, in Final Report - Appendices. Volume 2 of 2. Document 86 - 1, AISE/Cornell University Crane Runway Girder Project, June 23, 1986, 46 pp.

32. Wawrzynek, P., Ingraffea, A. R., "The Effect of Stiffeners on the Forces Transmitted to the Web - to - Flange Junction of Crane Runway Girders," Task II, Report No. 3, in Final Report - Appendices. Volume 2 of 2. Document 86 - 1, AISE/Cornell University Crane Runway Girder Project, June 23, 1986, 49 pp.

33. Lin, Shan - Wern S., Ingraffea, A. R., "Case Studies of Cracking of Concrete Dams  -  A Linear Elastic Approach," Department of Structural Engineering Research Report 88 - 2, , School of Civil and Environmental Engineering, Cornell University, January 1988, 116 pp.

34. Blewitt, J. R., Ingraffea, A. R., O'Rourke, T. D., Stewart, H. E., "Analytical Study of Stresses in Transmission and Distribution Pipelines Beneath Railroads," Topical Report GRI - 87/0234.  Gas Research Institute, Chicago, IL, 1987, 156 pp.

35. Linsbauer, H. N., Ingraffea, A. R., Rossmanith, H. P. and Wawrzynek, P. A., "Simulation of Cracking in the Kolnbrein Arch Dam:  A Case Study," Department of Structural Engineering Research Report 88 - 3,  School of Civil and Environmental Engineering, Cornell University, June 1988, 62 pp.

36. Grigoriu, M., Saif, M. T. A., El Borgi, S. and Ingraffea, A. R., "Mixed Mode Fracture Initiation and Trajectory Prediction Under Random Stresses," Department of Structural Engineering Research Report 88 – 5.

37. Vossoughi, H., White, R. N. and Ingraffea, A. R. and Sansalone, M., "Fatigue Behavior of Thick Steel Plates Cold - Bent at a Low R/t Ratio," Department of Structural Engineering Research Report 88 - 1, ,School of Civil and Environmental Engineering, Cornell University, February, 1988, 120 pp.

38. Sansalone, M., Ingraffea, A. R. and Soudki, K., "Fatigue Behavior of Steel Plates Bent to a Low R/t Ratio (Phase III)", Department of Structural Engineering Research Report 89 - 7, School of Civil and Environmental Engineering, Cornell University, June 1989, 134 pp.

39. Gray, L. J., Martha, L. F., Ingraffea, A. R., "Hypersingular Integrals in Boundary Element Fracture Analysis," BSC 89/6, IBM Bergen Scientific Center, Bergen, Norway, March, 1989, 23 pp.

40. Boone, T. and Ingraffea, A. R., "Simulation and Visualization of Hydraulic Fracture Propagation in Poroelastic Rock," Department of Structural Engineering Research Report 89 - 6, School of Civil and Environmental Engineering, Cornell University, June, 1989, 430 pp.

41. Martha, L. and Ingraffea, A. R., "Topological and Geometrical Modeling Approach to Numerical Discretization and Arbitrary Fracture Simulation in Three-Dimensions," Department of Structural Engineering Research Report 89 - 9, , School of Civil and Environmental Engineering, Cornell University, August, 1989, 331 pp.

42. Swenson, D. V., Ingraffea, A. R., "The Collapse of the Schoharie Creek Bridge: A Case Study in Concrete Fracture Mechanics", Department of Structural Engineering Research Report 90-4, School of Civil and Environmental Engineering, Cornell University, April, 1990, 39 pp.

43. Ingraffea, A., Grigoriu, M., "A Validation of Predictive Capability", Department of Structural Engineering Research Report 90 - 8, School of Civil and Environmental Engineering, Cornell University, August, 1990.

44. Wawrzynek, Paul A., Ingraffea, A. R., "Discrete Modeling of Crack Propagation: Theoretical Aspects and Implementation Issues in Two and Three Dimensions", Department of Structural Engineering Research Report 91-5, School of Civil and Environmental Engineering, Cornell University, August, 1991, 211 pp.

45. Lutz, E., Ingraffea, A. R., "Numerical Methods for Hypersingular and Near-Singular Boundary Integrals in Fracture Mechanics", Department of Structural Engineering Research Report 91-6, School of Civil and Environmental Engineering, Cornell University, August, 1991, 223 pp.

46. Sousa, J., Ingraffea, A. R., "Three-Dimensional Simulation of Near-Wellbore Phenomena Related to Hydraulic Fracturing from a Perforated Wellbore", Department of Structural Engineering Research Report 92-5, School of Civil and Environmental Engineering, Cornell University, May, 1992, 269 pp.

47. Bittencourt, T., Ingraffea, A. R.,  "Computer Simulation of Linear and Nonlinear Crack Propagation in Cementitious Materials," Department of Structural Engineering Research Report 93-3, School of Civil and Environmental Engineering, Cornell University, May, 1993, 303 pp.

48. Potyondy, D., Ingraffea, A. R., "A Software Framework for Simulating Curvilinear Crack Growth in Pressurized Thin Shells", Department of Structural Engineering Research Report 93-5, School of Civil and Environmental Engineering, Cornell University, August, 1993, 370pp.

49. P. Wawrzynek, Ingraffea, A., "FRANC2D: A Two-Dimensional Crack Propagation Simulator Version 2.7 User's Guide", NASA Contractor Report 4572, National Aeronautics and Space Administration, Langley Research Center, Hampton, VA, March, 1994, 59 pp.

50. "Fracture Mechanics Life Analytical Methods Verification Testing-Final Report", NAS8-38103, for the George C. Marshall Space Flight Center, NASA, Nichols Research Corporation/Cornell University/ Fracture Analysis Consultants, Inc., 1994.

51. Chi, W-M, Dierlein, G., Ingraffea, A. R., "Finite Element Fracture Mechanics Investigation of Welded Beam-Column Connections", SAC Joint Venture/CUREe Subcontract 26-28, Structural Engineering Report No. 97-7, Cornell University, Ithaca, NY, 167 pp.

52. Chen, C.-S., Wawrzynek, P.A., and Ingraffea, A. R., "Crack Growth Simulation and Residual Strength Prediction in Airplane Fuselages," Final Report for NASA project NAG-1-1184, Structural Engineering Research Report 99-1, School of Civil and Environmental Engineering, Cornell University, January, 1999.

53. Hwang, C., Ingraffea, A. R., Wawrzynek, P., "Virtual Crack Extension Method for Calculating Rates of Energy Release Rate and Numerical Simulation of Crack Growth in Two and Three Dimensions", Structural Engineering Research Report 99-2, School of Civil and Environmental Engineering, Cornell University January, 1999.

54. Hanson, J. H., Ingraffea, A. R., "Proposed Standard Test Method for Round Double Beam Fracture Toughness of Concrete," *Research Report*, 00-1, Department of Structural Engineering, Cornell University, Ithaca, NY, Jan. 2000.

55. Chen, CS, Wawrzynek, PA, and Ingraffea, AR. "Finite Element Stress Analysis Subroutines for RAPID", Final Report to Federal Aviation Administration, Project DTFA0300C00002, 2000.

56. Lewicki, DG, Spievak, L, Wawrzynek, PA, Ingraffea, AR, Handshuh, R, "Consideration of Moving Tooth Load in Gear Crack Propagation Predictions", NASA/TM-2000-210227, ARL-TR-2246, DETC2000/PTG-14386, July, 2000.

57. Iesulauro E, Ingraffea AR. "Computational Micro-Mechanical Investigations of Crack Initiation in Metallic Polycrystals", NASA Langley Research Center, Final Report on Project NAG-1-0205, July 21, 2006, 210 pages.

58. Ingraffea AR, Tuegel E. "Structural Life Forecasting in Extreme Environments", Structural Sciences Center, AFRL/RBSM, Wright Patterson AFB, Dayton, Ohio, October, 2009.

59. Spear AD, Priest AR, Veilleux MG, Hochhalter JD, Ingraffea AR. Surrogate modeling of high-fidelity fracture simulations for real-time residual strength predictions, NASA TM-2011-216879, 2011.

## FUNDED RESEARCH PROJECTS

### Structural Engineering

1. "An Investigation into Mixed - Mode Fracture Propagation in Rock," National Science Foundation Research Initiation Grant ENG78 - 05402, 4/78 - 3/80, $25,000, Principal Investigator.

2. "Finite Element Analysis of Reinforced Concrete for Cyclic Loading," National Science Foundation Grant PFR - 7900711, 4/79-3/81, $84,000, Principal Investigator. P. Gergely and R. N. White, Co - Principal Investigators.

3. "Laboratory Testing of the Crack - at - an - Interface Problem," Sandia National Laboratories Contract No. 13 - 5038, 5/79 - 5/80, $42,000, Principal Investigator.

4. "Three - Dimensional Interactive Computer Graphics in Structural and Geo - Mechanics," National Science Foundation Grant CME79 - 16818, 1/80 - 6/82, $500,000, Faculty Investigator. J. F. Abel, D. P. Greenberg, W. McGuire, Co-Principal Investigators; F. H. Kulhawy, Faculty Investigator.

5. "Interaction Between Steel and Concrete for Earthquake-Type Loadings," National Science Foundation Grant CME80 - 20925, 4/1/81 - 9/30/83, $140,000, Principal Investigator. P. Gergely, Co - Principal Investigator.

6. "Interactive Color Display of Three - Dimensional Engineering Analysis Results," National Aeronautics and Space Administration, Grant NAG3 - 395, 3/1/83 - 2/28/87, $133,285, Associate Investigator. J. F. Abel, Principal Investigator.

7. "Welded Crane Runway Girder Study," Association of Iron and Steel Engineers, 8/83 - 8/85, $234,348, Principal Investigator. W. McGuire, T. Pekoz, Co - Principal Investigators.

8. Presidential Young Investigator Award in Structural Mechanics, National Science Foundation Grant 8351914, 6/84 - 6/89, $500,000, Principal Investigator.

9. "Fatigue Behavior of Thick Steel Plates," Electric Boat Division/General Dynamics, PO# R2041 - 907, 1/86 - 12/88, $233,218, Co - Principal Investigator. R. N. White, Principal Investigator.

10. "Probabilistic Fracture Mechanics," AFOSR, 4/87 - 4/90, $269,624, Co - Principal Investigator. M. Grigoriu, Co - Principal Investigator.

11. "CISE Research Instrumentation: Computer Graphics Dynamic Simulation for Scientific Inquiry," National Science Foundation Grant CCR - 8717024, 4/1/88 - 9/30/89, $145,600, Co - Principal Investigator. M. Cohen, D. Greenberg, and J. Abel, Co - Principal Investigators.

12. "Visualization for Supercomputing: A Graphics Workstation Approach," National Science Foundation, Grant ASC - 8715478, 8/1/88 - 1/31/90, $202,532, Co - Principal Investigator. D. Greenberg, Principal Investigator. J. Abel, M. Cohen, D. Caughey, Co - Principal Investigators.

13. "Advanced Computational Fracture Mechanics," Digital Equipment Corporation, 7/89 - 7/90, $100,000, Principal Investigator.

14. "Fatigue and Damage Tolerance", Northrop-Grumman Corporation, 6/89-12/00, $249,000, Principal Investigator.

15. "Research in Fracture Mechanics", Exxon Education Foundation, 9/89-9/92, $30,000, Principal Investigator.

16. "Crack Growth Prediction Methodology for Multi-Site Damage", NASA Langley Research Center, 9/90-9/98, $926,147, Principal Investigator.

17. "Fracture Mechanics Life Analytical Methods Verification Testing", Nichols Research Corp. /NASA MSFC, 8/91 - 8/94, $183,860, Principal Investigator.

18. "Mode I/III Fatigue Crack Growth Measurements in 2024 Aluminum Sheet", NASA Langley Research Center, 6/91-9/93, $159,836, Co-Principal Investigator.  A. Zehnder, Co-Principal Investigator.

19. "A Study of Failure Mechanisms of Advanced Flex Cables", IBM Corporation, 1/20/92-1/19/93, $25,000, Co-Principal Investigator. A. Zehnder, Co-Principal Investigator.

20. "Detecting Cracks in Concrete Dams", U. S. Army Engineer Waterways Experiment Station, 4/1/94-1/1/95, $39,339, Co-Principal Investigator. M. Sansalone, Principal Investigator.

21. "Measurement of Fracture Toughness of Concrete Using the Short-Rod Procedure", NSF CMS 9414243, 9/95-8/98, $203,854. Principal Investigator.

22. "Simulation of Damage Tolerance in Honeycomb Core Structure", Boeing Commercial Airplane Co., 5/96-12/98, $204,000. Principal Investigator.

23. "Simulation of Crack Growth in Spiral Bevel Gears", NASA Glenn Research Center, 12/96-12/00, $289,961. Principal Investigator.

24. "Fracture of Steel Joints", CUREe SAC Phase II Subcontract No. 28, 9/96-12/96, $23,000.  Co-Principal Investigator. Prof. G. Deierlein, Principal Investigator.

25. "Multidisciplinary Center for Earthquake Engineering Research", NSF, 10/97-9/02, $1,500,000. Associate Investigator. Prof. R. White, Co-Principal Investigator; Profs. G. Deierlein, M, Grigoriu, Associate Investigators.

26. "Simulation of Crack Propagation on Teraflop Computers", NSF, 1/98-12/00, $1,800,000.  Co-Principal Investigator. Profs. S. Vavasis and K. Pingali, Co-Principal Investigators.

27. "Probabilistic Simulation of Fatigue Crack Initiation", AFOSR, 3/98-2/01, $600,000. Principal Investigator. Profs. M. Grigoriu, M. Miller, P. Dawson, Co-Principal Investigators.

28. "Development and Implementation of T-Stress Criterion", NASA Langley Research Center, 8/97-3/98, $20,128. Principal Investigator.

29. "Crack Turning and Arrest Mechanisms for Integral Structures", NASA Langley Research Center, 1/98-6/00, $103,642. Principal Investigator.

30. "Basic Research in Crack Growth Prediction Methodologies", NASA Langley Research Center, 1/98-11/99, $185,000. Principal Investigator.

31. "Fatigue Crack Growth in Aluminum Alloys", Alcoa Foundation, 6/97-5/98, $10,000. Principal Investigator.

32. "Multiscale Modeling of Defects in Solids", NSF 9873214, 10/98-9/01, $1,500,000. Co-Principal Investigator. Profs. P. Dawson, and J. Sethna Co-Principal Investigators, C. Myers, Co-Principal Investigator.

33. "A Two-Tier Computation and Visualization Facility for Multiscale Problems", NSF 9972853, 10/99-9/04, $1,500,000. Co-Principal Investigator. Profs. K. Pingali, N. Chrisochoides, C. Cruz-Neira, Guang Gao, Co-Principal Investigators.

34. "Finite Element Stress Analysis Subroutines for RAPID", Federal Aviation Administration, 9/99-4/2000, $34,438. Principal Investigator.

35. "Finite Element/Fracture Mechanics Simulation of Trajectories During Slitting of Plastic Films", Eastman Kodak Company, 1/1/99-12/31/01, $110,000. Principal Investigator.

36. "ITR: Adaptive Software for Field-driven Simulations", NSF 0085969, 9/1/00-8/31/04, $5,000,000. Co-Principal Investigator. Prof. K. Pingali, PI, B. K. Soni, J. F. Thompson S. A. Vavasis, Co-PIs.

37. "Developing Technologies for Modeling Damage in Stiffened Thin Shell Structures", NASA LaRC, 11/1/01-10/31/04, $160,107. Principal Investigator.

38. "Computational Micro-Mechanical Investigations of Crack Initiation in Metallic Polycrystals", NASA LaRC, 2/1/02-1/31/05, $230,182. Principal Investigator.

39. "The Institute for Future Space Transport", NASA Marshall RC University Research, Engineering and Technology Institute, 8/1/02-9/15/07, $15,616,120, Co-Principal Investigator. W. Shyy, Principal Investigator, B. Soni, B. Davidson, J. Olds, Co-Principal Investigators.

40. "Structural Integrity Prognosis System-SIPS", DARPA, 10/1/03-8/31/08, $1,288,400, Cornell Principal Investigator. J. Madsen, Northrop Grumman Corp. Project Manager.

41. "Fracture Mechanics Analysis of MANPADS-Damaged Aircraft Structures", NASA LaRC, 5/05-9/06, $74,000. Principal Investigator.

42. "Advanced Digital Material Machine (ADMM) "AFOSR/DURIP, 2006, $300,000. Principal Investigator.

43. "Multi-Scale Simulation of Cracking Processes in Metallic Materials", NASA LaRC, NNX07AB69A, 1/07-12/10, $392,526. Principal Investigator.

44. "Constellation University Institute Project: Computational Simulation of Damage Tolerance for Composite and Metallic Structures", NASA, 10/1/07-9/30/10, $450,000, Principal Investigator.

45. "Multi-scale Simulation of Fatigue Damage", Northrop Grumman Corporation, 1/1/07-12/31/09, $55,000, Principal Investigator.

46. "Computational Methods in Physics-Based Modeling of Damaged Flight Structures", NASA LaRC NNX08AC50A, 1/1/08-12/31/2010, $299,972, Principal Investigator.

47. "Collaboration between Cornell Fracture Group and Exponent, Inc.", Exponent Inc., 3/08-12/08, $29,204, Principal Investigator.

48. "Geometrical Simulation of Complete Process of Microstructurally Small Fatigue Cracking" E DARPA, HR0011-09-1-0002, 1/09-12/09, $150,000, Principal Investigator.

49. "Parallel File Serving R&D", IBM, $20,200, 7/09-6/10, Principal Investigator.

50. "Prognosis of Long-Term Load-Bearing Capability in Aerospace Structures: Quantification of Microstructurally Short Crack Growth", Air Force Office of Scientific Research, $750,000, 5/10/5/13, Co-Principal Investigator.

## Geotechnical Engineering

1. "TBM Performance Study," U.S. Dept. of Transportation, 3/80 - 3/82, $164,000, Associate Investigator. T. D. O'Rourke, Principal Investigator; F. H. Kulhawy, Associate Investigator.

2. "A Study of Cast Iron Gas Main Replacement," New York Gas Group, 8/81 - 12/83, $287,000, Associate Investigator. T. D. O'Rourke, Principal Investigator; F. H. Kulhawy, Associate Investigator.

3. "Uplift/Compression Transmission Line Structure Foundation Research," Electric Power Research Institute, RP1493 - 4, 1984 - 1988, $2,450,000, Associate Investigator. F. H. Kulhawy, Principal Investigator; T. D. O'Rourke, M. Grigoriu, Associate Investigators.

4. "Numerical Investigations into Crack Propagation in Rock," National Science Foundation Grant CEE - 8316730, 6/1/84 - 5/30/86, $150,000. Principal Investigator

5.  "Workshop on Interactive Computer Modeling and Graphics for the Design and Optimization of Field and Laboratory Experiments in Geotechnical Engineering." National Science Foundation Grant CEE 8413471, 12/84 - 11/86, $39,681. Principal Investigator.

6.  "Evaluation of Cased and Uncased Gas Distribution and Transmission Piping Under Railroads and Highways, Gas Research Institute, 11/86 - 1/94, $ 3,602,035. Co-Principal Investigator.  T. D. O'Rourke and H. Stewart, Co-Principal Investigators.

7.  "Influence of Perforations Upon Subsequent Hydraulic Fracturing," Digital Equipment Corp. and Dowell Schlumberger, 1/88 - 12/96, $448,000.  Principal Investigator.

8.  "Computational Simulation of Hydrofracturing", NSF CISE Postdoctoral Associate Award for Dr. K. Shah. 11/95-10/97, $46,200.  Principal Investigator.

9.  "3D Crack Initiation and Propagation in Transparent Rock Like Materials Loaded in Compression", NSF, 9/96-8/99, $148,000.  Principal Investigator.

## Engineering Education

1.  "Study of Complementary Research and Teaching in Engineering Science - PROJECT SOCRATES," U. S. Department of Education, Fund for the Improvement of Post - Secondary Education, G 008642170, 9/15/86 - 9/14/89, $236,496, Project Director.

2.  "Workstations For Instructional Computing in the College of Engineering," Digital Equipment Corporation, 5/1/88 - 4/31/90, $664,000.  Project Director.

3.  "Workstations for Project SOCRATES," Apollo Computer, Inc., June, 1989, $87,105.  Project Director.

4.  "Workstations for Project SOCRATES", Sun Microsystems, Inc., June, 1990, $89,415. Project Director.

5.  "Synthesis National Engineering Education Coalition", National Science Foundation, 9/30/90 - 9/30/94, $12,278,036. Project Director.

6.  "1992 Summer Institute for Computer Graphics", New York State Education Department, $56,000, 7/19/92-8/8/92, Project Co-Director. C. Mink, Director.

7.  "Support for Educational Computing Equipment", Hewlett Packard, 6/92, $427,318. Project Director.

8.  "Synthesis Coalition/GE Foundation Faculty Exchange Award", GE Foundation, Spring 1994 - Spring 1997, $230,000, Principal Investigator.

9.  "Synthesis Coalition/Raytheon Company Student Award" Raytheon Company, 1994-1995, $24,000, Principal Investigator.

10.  "Application and Infrastructure Linkage to Altoona Area School District and Manhatten Center for Science and Math High School", Synthesis Coalition/NSF/GE Foundation/Mr. A. Misciagna, 10/1/94-9/30/96, $284,000, Project Director.

11.  "Integration of Information Age Networking and Parallel Supercomputer Simulations into University and General Science K-12 Curricula", NSF, 1/96-12/98, $102,000, Co-Principal Investigator.  J. Sethna, Co-Principal Investigator.

12.  REU Supplement to "Measurement of Fracture Toughness of Concrete Using the Short-Rod Procedure", NSF, 9/95-9/98, $10,000, Principal Investigator.

13.  REU Supplements to "Integration of Information Age Networking and Parallel Supercomputer Simulations into University and General Science K-12 Curricula", NSF, 9/96-9/98, $20,000, Co-Principal Investigator with Prof. James Sethna, Physics.

14. "Tech City Exhibition", NSF, 7/98-6/01, $639,543, Co-Principal Investigator. Dr. C. Trautmann, Principal Investigator.

15. "An Advanced Interactive Discovery Environment for Engineering Education" NASA/New York State/AT&T, 2/1/01-12/31/07, $4,300,000, Co-Principal Investigator. Prof. B. Davidson, Principal Investigator, Prof. E. Liddy, Co-PI.

16. "An IGERT Training Program In Sustainable Energy Recovery From The Earth-Education At The Intersection Of Geosciences And Engineering". July 2010-June 2015, National Science Foundation, $1,137,047.  Co-Principal Investigator. Prof. Jeff Tester, Principal Investigator, Profs. Terry Jordan, Paulette Clancy, Co-PI's.

## Co-operative Research
1. "Co-operative Agreement between Cornell University and the Technical University of Delft", National Science Foundation Grant PFR-8020924, 1/81 - 12/82, $25,800, Co - Principal Investigator. P. Gergely, Principal Investigator; R. N. White, Co – Principal Investigator.

2. "Scientific Visit to Plan Co-operative Research in Hydraulic Fracturing," Catholic University of Rio de Janiero/Cornell University, National Science Foundation Grant INT - 8814466, July 1988, $2,336, Principal Investigator.

3. "Fracture Mechanics Case Studies of Concrete Dams" Technical University of Vienna, Austria/Cornell University, National Science Foundation Grant INT-8814457, 2/89 - 2/92, $8,080, Principal Investigator.

4. International Supplement to National Science Foundation Grant "ITR: Adaptive Software for Field-driven Simulations", to collaborate with Czech Technical University, Z. Bittnar, Czech Co-PI, 7/99-8/03, $24,375, Co-Principal Investigator.

# THESES DIRECTED

## Master of Science

1. "A Fracture Mechanics Analysis of the Fontana Dam," John Chappell, May, 1981.

2. "Mixed-Mode Crack Propagation in Mortar and Concrete." Manrique Arrea, January 1982.

3. "The Fracture Mechanics of Bond in Reinforced Concrete," Walter Gerstle.  May 1982.

4. "Concrete Fracture: A Linear Elastic Fracture Mechanics Approach," David Catalano, August, 1982.

5. "Interactive and Graphic Two - Dimensional Fatigue Crack Propagation Analysis Using Boundary Element Method," Kodwo Otsei;du,  January, 1983.

6. "An Experimental Investigation of Fatigue Cracking in Welded Crane Runway Girders Due to Wheel Induced Stresses," Kirk I. Mettam, January, 1986.

7. "An Investigation of the Failure Process of the STEM - PMMA Interface in Cemented Prostheses," Leonard Daniel - Timmie Topoleski, June 1986.

8. "Interactive Finite Element Analysis of Fracture Processes: An Integrated Approach," Paul A. Wawrzynek, May 1987.

9. "Analytical Study of Stresses in Transmission and Distribution Pipelines Beneath Railroads," J. Russell Blewitt, May 1987.

10. "Case Studies of Cracking of Concrete Dams--A Linear Elastic Approach," Shan - Wern Steve Lin, January 1988.

11. "Fracture Analysis Code: A Computer - Aided Teaching Tool," Maya Srinivasan, January 1988.

12. "Two-Dimensional Numerical Evaluation of Near Wellbore Phenomena: Perforation Performance & Interacting Hydraulic Fractures", Stephen James Lamkin, May 1990.

13. "On Finite Element Analysis of Face Sheet Cracking in Honeycomb Core Sandwich Panels", Kenneth Ferguson, January 1999.

14. "Simulating Fatigue Crack Growth in Spiral Bevel Gears", Lisa Eron Spievak, August 1999.

15. "Cracking Dams: An Interactive Web Site for K12", Megann V. Polaha, August 1999.

16. "Experimental Investigations into Damage Tolerance of Honeycomb Sandwich Panels", Ani Ural, August, 1999.

17. "Simulations of Crack Initiation in Aluminum Alloys with Inclusions", Ketan Dodhia, January, 2002.

18. "Decohesion of Grain Boundaries in Statistical Representations of Aluminum Polycrystals", Erin Iesulauro, January, 2002.

19. "An Evaluation of Surface Cracks in Welded Components of Nuclear Reactor Vessels", John Emery, May, 2003.

20. "Microstructural Reconstruction and Three-Dimensional Mesh Generation for Polycrystalline 7075-T651 Aluminum Alloy", Michael Veilleux, May, 2007.

21. "A Two-Dimensional Multiscale Method for Fatigue Crack Nucleation in Polycrystalline Aluminum Alloys ", Jeffrey Bozek, May, 2007.

## Doctor of Philosophy

1.  "Three-Dimensional Finite Element Analysis of Cyclic Fatigue Crack Growth of Multiple Surface Flaws." Corneliu Manu, June, 1980. Professor (Retired) University of Toronto.

2.  "Automatic Two-Dimensional Quasi-Static and Fatigue Crack Propagation Using the Boundary Element Method." George E. Blandford, January, 1981. Professor, University of Kentucky.

3.  "Interactive Finite Element Analysis of Reinforced Concrete: A Fracture Mechanics Approach," Victor E. Saouma, January, 1981. Professor, University of Colorado/Boulder.

4.  "An Integrated Boundary Element Analysis System with Interactive Computer Graphics for Three - Dimensional Linear Elastic Fracture Mechanics," Renato S. Perucchio, January, 1984. Professor, University of Rochester.

5.  "Finite and Boundary Element Modelling of Crack Propagation in Two- and Three - Dimensions Using Interactive Computer Graphics," Walter H. Gerstle, January, 1986. Professor, University of New Mexico.

6.  "Modeling Mixed - Mode Dynamic Crack Propagation Using Finite Elements," Daniel V. Swenson, January, 1986. Professor, Kansas State University.

7.  "Simulation of Crack Propagation in Poroelastic Rock with Application to Hydrofracturing and *In - Situ* Stress Measurement," Thomas J. Boone, January, 1989. VP of Research, EXXON.

8.  "Topological and Geometrical Modeling Approach to Numerical Discretization and Arbitrary Fracture Simulation in Three-Dimensions," Luiz Martha, August, 1989. Professor, Catholic University of Rio de Janeiro, Brazil.

9.  "Numerical Methods for Hypersingular and Near-Singular Boundary Integrals in Fracture Mechanics", Earlin Lutz, May, 1991. Senior Research Engineer, Bentley, Inc.

10. "Discrete Modelling of Crack Propagation: Theoretical Aspects and Implementation Issues in Two and Three Dimensions", Paul A. Wawrzynek, August, 1991. Chief Engineer, Fracture Analysis Consultants, Inc.

11. "Three-Dimensional Simulation of Near-Wellbore Phenomena Related to Hydraulic Fracturing from a Perforated Wellbore", José Sousa, May, 1992. Professor, University of Campinas, Brazil.

12. "Computer Simulation of Linear and Nonlinear Crack Propagation in Cementitious Materials", Tulio Bittencourt, May, 1993. Professor, University of Sao Paulo, Brazil.

13. "A Methodology for Simulation of Curvilinear Crack Growth in Pressurized Shells", David Potyondy, August, 1993. Senior Research Engineer, Itasca, Inc.

14. "Experimental Validation Testing of Numerical Prediction Techniques for Three-Dimensional Fracture and Fatigue", William Riddell, June, 1995. Assoc. Professor, Rowan University.

15. "Crack Growth Simulation and Residual Strength Prediction in Thin Shell Structures", Chuin-Shan Chen, January, 1999. Assoc. Prof., National Taiwan University.

16. "Virtual Crack Extension Method for Calculating Rates of Energy Release Rate and Numerical Simulation of Crack Growth in Two and Three Dimensions", Changyu Hwang, January, 1999. Professor, Seoul University of Venture and Information.

17. "Crack Turning in Integrally Stiffened Aircraft Structures", Richard Pettit, August, 2000. Chief Engineer, FractureLab, LLC.

18. "An Experimental-Computational Evaluation of the Accuracy of Fracture Toughness Tests on Concrete", James Hanson, August, 2000. Assoc. Prof., Rose-Hulman Institute of Technology.

19. "Interface Modeling of Composite Material Degradation", Tong-Seok Han, May, 2001 (with Prof. Sarah Billington). Research Engineer, Korea Electric Power Research Institute.

20. "Modeling and Simulation of Fatigue Crack Growth in Metals Using LEFM and a Damage-Based Cohesive Model", Ani Ural, May, 2004 (with Prof. Katerina Papoulia). Assistant Professor, Villanova University.

21. "Decohesion of Grain Boundaries in Statistical Representations of Aluminum Polycrystals", Erin Iesulauro, May, 2006. Staff Engineer, Los Alamos National Laboratory.

22. "A Hierarchical, Probabilistic, Damage and Durability Simulation Methodology", John Emery, May, 2007, Staff Engineer, Sandia National Laboratory.

23. "Finite Element Simulation of Fatigue Crack Stages in AA 7075-T651 Microstructure", Jacob Hochhalter, May, 2010, Staff Engineer, NASA Langley Research Center.

24. "Geometrically explicit finite element modeling of AA7075-T651 microstructure with fatigue cracks", Michael Veilleux, August, 2010, Senior Member of Technical Staff, Sandia Livermore National Laboratory.

25. "Microstructural Simulation of Fracture Processes in Cortical Bone", Erin Oneida, December, 2013 (expected).

26. "Residual Strength of Damaged Aerostructures", Ashley Spear, NSF Graduate Fellow, May, 2013 (expected).

27. "DDSim for Composite Structures", Brett Davis, May, 2013 (expected).

28. "Geometrical Simulation of Complete Process of Microstructurally Small Fatigue Cracking ", Albert Cerrone, December 2013 (expected).

CURRICULUM VITAE

# Anthony R. Ingraffea

Dwight C. Baum Professor of Engineering
Weiss Presidential Teaching Fellow
School of Civil and Environmental Engineering
Cornell University
Ithaca, N.Y.  14853  USA

**GENERAL**
Born:  April 4, 1947, Easton, Pennsylvania, USA
Residence:  309 Cayuga Heights Road, Ithaca, N.Y. 14850
Telephone:  Home 607-257-1104     Office 607-255-3336     Cell 607-351-0043
Fax: 607-255-9004     E-Mail: ari1@cornell.edu     HTTP://www.cfg.cornell.edu

**EDUCATION**
University of Notre Dame
B.S., Aerospace Engineering, *Magna Cum Laude*, June 1969.
Polytechnic Institute of New York
M.S., Civil Engineering, Grumman Masters Fellow, June 1971.
University of Colorado/Boulder
Ph.D., Civil Engineering, May 1977, University Fellow, 1974-1976.

**AREAS OF EXPERTISE**
Structural Engineering, Structural Mechanics, Computational and Experimental Fracture Mechanics,
Microstructural Simulation of Fatigue and Fracture Mechanisms, Rock Mechanics, Numerical Methods,
Engineering Education

**PROFESSIONAL EXPERIENCE**
June 1969 - June 1971
**Grumman Aerospace Corporation. Bethpage, L.I., N.Y.**
**Rotating traineeship** in the following areas: preliminary design on Navy F - 14; loads and dynamic studies,
stress analysis, and final design on NASA Space Shuttle proposal.  Two in - house technical publications.

July 1971 - June 1973
**Peace Corps. Bejuma, Venezuela**
**County Engineer**. Responsible for all technical services to a county of 40,000 people.  Directed surveying,
design, and construction of farmers' market, tourist hotel, and cemetery.  Directed urban planning resource
study. Co - directed urban renewal plan and data collection for section of state capital city.

September 1973 - August 1977
**University of Colorado/Boulder**
Department of Civil, Environmental and Architectural Engineering
**Instructor** for Courses:
Analytical Mechanics, Theoretical Fluid Mechanics
**Teaching Assistant** for Courses:
Mechanics of Materials
Materials Testing Laboratory
**Research Assistant** in Project: Constitutive Relations for Coal

September 1977 - June 1982
Cornell University, Department of Structural Engineering
**Assistant Professor**

September 1979 - July 1983
      Cornell University, Department of Structural Engineering
      **Manager of Experimental Research**

July 1982 - June 1987
      Cornell University, Department of Structural Engineering
      **Associate Professor**

August 1983 - August 1984
      Lawrence Livermore National Laboratory Livermore, California
      **Visiting Research Engineer: Rock Fracture Simulation**

January 1986 - September, 1986
      Cornell University, Computer Aided Design Instructional Facility,
      College of Engineering
      **Director**

September 1986 - October, 1990
      Cornell University, College of Engineering
      **Faculty Coordinator for Instructional Computing**

July 1987 - Present
      Cornell University, School of Civil and Environmental Engineering
      **Professor**

September 1987 - April 1992
      Cornell University, Program of Computer Graphics
      **Associate Director**

September 1988 - Present
      Fracture Analysis Consultants, Inc.
      **President**

October 1990 - October 1994
      Cornell University
      **Director, NSF-Synthesis National Engineering Education Coalition**

July 1993 - Present
      Cornell University
      **Dwight C. Baum Professor of Engineering**

October 1994 - October 1995
      Cornell University
      **Associate Director, NSF-Synthesis National Engineering Education Coalition**

December 1997 –August 2005
      Cornell Center for Theory and Simulation in Science and Engineering
      **Associate Director**
      **Coordinator,** Computational Materials Institute

July 1998 – December 1999
      Cornell University
      **Coordinator,** Infrastructure Group, School of Civil and Environmental Engineering

November 2002-Present
      Cornell University
      **Member, Graduate Fields of Mechanical and Aerospace Engineering**