# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMA FIORENTINO, et al.,** | : | Civil No. 3:09-CV-2284 |
| **Plaintiffs** | : | (Judge Jones) |
| v. | : | (Magistrate Judge Carlson) |
| **CABOT OIL AND GAS CORPORATION and GAS SEARCH DRILLING SERVICES CORP.,** | : | |
| **Defendants** | : | |

## MEMORANDUM ORDER

AND NOW, this 22nd day of July 2013, upon consideration of the defendants' motion to strike, and for the imposition of sanctions against Leslie Lewis and Carly Jannetty (Doc. 455.), IT IS HEREBY ORDERED THAT:

1. On or before **Monday, August 5, 2013**, the *pro se* plaintiffs and Attorneys Leslie and Jannetty shall file *separate* responses to the motion and the charges made in the motion about alleged ghostwriting by Attorneys Leslie and Jannetty, and the *pro se* plaintiffs' alleged misstatements to the Court about their lack of representation in this case.

2. The *pro se* plaintiffs and Attorneys Lewis and Jannetty are ORDERED to preserve any and all electronic or hard-copy documents related to any assistance that either attorney may have provided to the plaintiffs as it relates to this matter.

3. A decision about whether to hold a hearing on the motion will be made following review of the submissions from the *pro se* plaintiffs and Attorneys Lewis and Jannetty.

>  */s/ Martin C. Carlson*
>  Martin C. Carlson
>  United States Magistrate Judge