# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMA FIORENTINO, et al.,** | : | Civil No. 3:09-CV-2284 |
| | : | |
| **Plaintiffs** | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **CABOT OIL AND GAS CORPORATION and GAS SEARCH DRILLING SERVICES CORP.,** | : | |
| | : | |
| **Defendants** | : | |

## MEMORANDUM ORDER

AND NOW, this 1st day of August 2013, the defendants having filed a motion to strike and for order to show cause (Doc. 455.); and this motion making a number of allegations regarding the role being played in this case by attorneys Leslie Lewis and Carly Jannetty; and the Court having previously entered an order directing Attorneys Lewis and Jannetty to file responses to the defendants' motion to strike and for sanctions on or before Monday, August 5, 2013, and to preserve any and all electronic or hard-copy documents related to any assistance that either attorney may have provided to the plaintiffs in this action (Doc. 456.); and the Court having received notice that Attorney Jannetty only recently received notice of these matters; and counsel for Attorney Lewis having recently entered his appearance in this case

(Doc. 459.); and the Court finding it appropriate to enlarge the response deadline in order to afford Attorneys Lewis and Jannetty sufficient time to address the matters raised in the defendants' motion, IT IS HEREBY ORDERED THAT the Court's scheduling order entered on July 22, 2013, (Doc. 456.) is modified as follows:

1. On or before **Monday, August 26, 2013**, the *pro se* plaintiffs and Attorneys Lewis and Jannetty shall file *separate* responses to the motion and the charges made in the motion about alleged ghostwriting by Attorneys Lewis and Jannetty, and the *pro se* plaintiffs' alleged misstatements to the court about their lack of representation in this case.

2. The *pro se* plaintiffs and Attorneys Lewis and Jannetty are ORDERED to preserve any and all electronic or hard-copy documents related to any assistance that either attorney may have provided to the plaintiffs as it relates to this matter.

3. A decision about whether to hold a hearing on the motion will be made following review of the submissions from the *pro se* plaintiffs and Attorneys Lewis and Jannetty.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge