IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOLEN SCOTT ELY, *et al.*, | ) | CASE NO. 3:09-cv-02284-MCC |
| | ) | |
| Plaintiffs, | ) | Magistrate Judge Martin C. Carlson |
| v. | ) | |
| | ) | |
| CABOT OIL & GAS CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

AND NOW, upon consideration of the Plaintiffs' Motion for Protective Order and Other Relief (Doc. ___) and all supporting and opposing documents, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiffs' motion is granted.

2. Defendant's Notices of Deposition of Plaintiffs' expert trial witnesses are vacated as to demanding their production during the week of July 7, 2015.

3. No deposition of expert trial witnesses shall proceed until pending water analyses data from both sides has been exchanged and analyzed, and the deadline for final Response Reports to Expert Reports has expired according to the current Scheduling Order in this matter (Doc. 594)

4. If the Parties cannot agree on some other alternative that will keep the

process moving while adhering to the directive of the Court in paragraph 3, it is the Order of the Court that, to expedite proceedings, deposition of Plaintiffs' expert trial witnesses may proceed immediately following completion of deposition of Defendant's expert trial witnesses.

5. Furthermore, the Court directs the attendance of all counsel at a telephonic conference with the Court to be arranged by counsel and the Court's Clerk to discuss further issues that may exist regarding the present Scheduling Order (Doc. 594) and the possibility of amending the Scheduling Order in the following manner:

Deadline for Close of Reciprocal Fact Discovery on Newly Filed Affirmative Defenses and Expert Discovery Limited to Matters Set forth in the previous Scheduling Order: **August 14, 2015**.

Deadline for Dispositive Motions Relating to Affirmative Defenses Raised in the Amended Answer, Daubert Motions, Motions In Limine and Supporting Briefs: **September 14, 2015**.

Deadline for Local Rule 16.3 – Attorney Conference and Exchange of Proposed Jury Instructions is on or before: **September 21, 2015**.

Deadline for Pre-trial Memorandum: **October 12, 2015**.

Deadline for Proposed Jury Charge, Proposed Voir Dire Questions and Objections to Proposed Jury Charge: **October 19, 2015**.

Pretrial Conference and Daubert Hearing, If Necessary: **November 2, 2015**.

Trial Brief Due: **December 2, 2015**.

Trial: **December 14, 2015**.

So ordered, this _____ day of _____, 2015.

_____
Martin C. Carlson,
United States Magistrate Judge