**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NOLEN SCOTT ELY, et al.,** | : | Civil No. 3:09-CV-2284 |
| | : | |
| Plaintiffs | : | (Magistrate Judge Carlson) |
| | : | |
| v. | : | |
| | : | |
| **CABOT OIL & GAS CORP.,** | : | |
| | : | |
| Defendant | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this 5th day of February 2016, in accordance with the accompanying memorandum opinion, the defendant's motion *in limine*, is GRANTED, in part, and DENIED, in part. (Doc. 633.) The plaintiffs' motion *in limine* (Doc. 638.) is DENIED. The parties shall follow the court's directions as set forth in the accompanying memorandum of law when presenting proof at trial.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
