AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| NOLEN SCOTT ELY, ET AL, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:09-CV-2284 |
| CABOT OIL & GAS CORPORATION | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* NOLEN SCOTT ELY _____ recover from the defendant *(name)* CABOT OIL & GAS CORPORATION _____ the amount of ONE MILLION, THREE HUNDRED THOUSAND _____ dollars ($ 1,300,000.0), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge MARTIN C. CARLSON _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
SCRANTON

MAR 10 2016

PER _____
DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| NOLEN SCOTT ELY, ET AL, <br> *Plaintiff* <br> v. <br> CABOT OIL & GAS CORPORATION <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:09-CV-2284 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* MONICA MARTA-ELY recover from the defendant *(name)* CABOT OIL & GAS CORPORATION the amount of ONE MILLION, THREE HUNDRED THOUSAND dollars ($ 1,300,000.0), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge MARTIN C. CARLSON presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**FILED**
**SCRANTON**

MAR 1 0 2016

PER _____
DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| NOLEN SCOTT ELY, ET AL, <br> *Plaintiff* <br> v. <br> CABOT OIL & GAS CORPORATION <br> *Defendant* | Civil Action No. 3:09-CV-2284 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JARED ELY recover from the defendant *(name)* CABOT OIL & GAS CORPORATION the amount of FIFTY THOUSAND dollars ($ 50,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge MARTIN C. CARLSON presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**FILED**
**SCRANTON**

MAR 10 2016

PER _____ DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| NOLEN SCOTT ELY, ET AL, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:09-CV-2284 |
| CABOT OIL & GAS CORPORATION | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* __JESSICA ELY__ recover from the defendant *(name)* __CABOT OIL & GAS CORPORATION__ the amount of __FIFTY THOUSAND__ dollars ($ __50,000.00__ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge __MARTIN C. CARLSON__ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**FILED**
**SCRANTON**

**MAR 1 0 2016**

PER _____ DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| NOLEN SCOTT ELY, ET AL, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:09-CV-2284 |
| CABOT OIL & GAS CORPORATION | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JUSTIN ELY recover from the defendant *(name)* CABOT OIL & GAS CORPORATION the amount of FIFTY THOUSAND dollars ($ 50,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge MARTIN C. CARLSON presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
SCRANTON

MAR 10 2016

PER _____
DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| NOLEN SCOTT ELY, ET AL, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:09-CV-2284 |
| CABOT OIL & GAS CORPORATION | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* RAYMOND HUBERT recover from the defendant *(name)* CABOT OIL & GAS CORPORATION the amount of SEVEN HUNDRED TWENTY THOUSAND dollars ($ 720,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge MARTIN C. CARLSON presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
SCRANTON
MAR 10 2016
PER _____
DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| NOLEN SCOTT ELY, ET AL, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:09-CV-2284 |
| CABOT OIL & GAS CORPORATION ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* VICTORIA HUBERT  recover from the defendant *(name)* CABOT OIL & GAS CORPORATION  the amount of SEVEN HUNDRED TWENTY THOUSAND  dollars ($ 720,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge  MARTIN C. CARLSON  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3/10/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
SCRANTON

MAR 1 0 2016

PER _____
DEPUTY CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| NOLEN SCOTT ELY, ET AL, <br> *Plaintiff* <br> v. <br> CABOT OIL & GAS CORPORATION <br> *Defendant* | Civil Action No. 3:09-CV-2284 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* HOPE HUBERT recover from the defendant *(name)* CABOT OIL & GAS CORPORATION the amount of FIFTY THOUSAND dollars ($ 50,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge MARTIN C. CARLSON presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3/16/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
SCRANTON

MAR 10 2016

PER _____
DEPUTY CLERK