# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOLEN SCOTT ELY, et al.,** | : | Civil No. 3:09-CV-2284 |
| | : | |
| **Plaintiffs** | : | (Magistrate Judge Carlson) |
| | : | |
| v. | : | |
| | : | |
| **CABOT OIL & GAS** | : | |
| **CORPORATION, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of March 2017, upon consideration of the defendant's motion for judgment as a matter of law, alternatively for a new trial, or for remittitur (Doc. 756.); and upon consideration of the parties' briefs and the record taken of the trial proceedings; and for the reasons fully explained in the Court's memorandum and opinion that accompanies this Order, IT IS HEREBY ORDERED THAT:

1. Cabot's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) is DENIED;

2. Cabot's motion for a new trial pursuant to Fed. R. Civ. P. 59 is GRANTED;

3. The parties shall be required to engage in further settlement proceedings prior to a new trial;

4. If settlement proceedings are unsuccessful at resolving the plaintiffs' remaining claims, a new jury trial shall be set; and

5. A further pretrial scheduling Order shall issue separately.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge