# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOLEN SCOTT ELY, et al.,** | : | Civil No. 3:09-CV-2284 |
| **Plaintiffs** | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| **CABOT OIL & GAS CORPORATION, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this 21ST day of September 2017, it having reported to the Court that this case has been amicably resolved by the parties, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge